# EXHIBIT 2

No. 15-2234

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and<br>PINK PISTOLS,<br><br>      Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA and<br>CATHY LANIER, in her official capacity as<br>Chief of Police for the Metropolitan Police<br>Department,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 15-2234<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

    I, the undersigned, counsel of record for Pink Pistols, certify that to the best of my knowledge and belief, Pink Pistols is an unincorporated association, has no stock, and has no parent companies, subsidiaries, or affiliates.

    These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  December 22, 2015

Respectfully submitted,

s/ David H. Thompson
David H. Thompson (Bar No. 450503)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Attorney for Pink Pistols*