# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and<br>PINK PISTOLS,<br><br>      Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA and<br>CATHY LANIER, in her official capacity as<br>Chief of Police for the Metropolitan Police<br>Department,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 15-2234<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Peter A. Patterson, am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs.

Dated:  December 22, 2015

Respectfully submitted,

s/ Peter A. Patterson
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ppatterson@cooperkirk.com

*Attorney for Plaintiffs*