# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and<br>PINK PISTOLS,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA and<br>CATHY LANIER, in her official capacity as<br>Chief of Police for the Metropolitan Police<br>Department,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 15-2234 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Charles J. Cooper, am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs.

Dated:  December 28, 2015                Respectfully submitted,

                             s/ Charles J. Cooper
                             Charles J. Cooper (Bar No. 248070)
                             COOPER & KIRK, PLLC
                             1523 New Hampshire Avenue, N.W.
                             Washington, D.C. 20036
                             (202) 220-9600
                             (202) 220-9601 (fax)
                             ccooper@cooperkirk.com

                             *Attorney for Plaintiffs*