IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and<br>PINK PISTOLS,<br><br>      Plaintiffs,<br><br>   v.<br><br>DISTRICT OF COLUMBIA and<br>CATHY LANIER, in her official capacity as<br>Chief of Police for the Metropolitan Police<br>Department,<br><br>      Defendants. | Civil Action No. 15-2234 (RJL) |

## APPLICATION FOR A PRELIMINARY AND/OR PERMANENT INJUNCTION

NOW COME the Plaintiffs, MATTHEW GRACE and PINK PISTOLS, by and through their attorneys, to apply to this Court for a preliminary injunction in their favor, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65.1 of the Rules of the United States District Court for the District of Columbia.

Pursuant to Federal Rule of Civil Procedure 65(a)(2), Plaintiffs also request that the Court advance trial on the merits with the hearing of this application and enter a permanent injunction in Plaintiffs' favor.

Defendants oppose this motion.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Plaintiffs request that the Court:

    a.    Preliminarily and/or permanently enjoin Defendants and their officers, agents, and employees from denying concealed carry licenses to applicants who meet the eligibility requirements (other than the "proper reason" requirement);

  b.  Preliminarily and/or permanently enjoin Defendants and their officers, agents, and employees from enforcing the District of Columbia's laws and regulations establishing and further defining the "proper reason" requirement, including D.C. CODE §§ 22-4506(a) and 7-2509.11 and D.C. MUN. REGS. tit. 24, §§ 2332.1, 2333.1, 2333.2, 2333.3, 2333.4, and 2334.1, to deny concealed carry licenses to applicants who desire to carry a handgun in public for self-defense and other lawful purposes; and

  c.  Preliminarily and/or permanently enjoin Defendants and their officers, agents, and employees to issue concealed carry licenses to Mr. Grace and to members of Pink Pistols who, apart from the "proper reason" requirement, are otherwise eligible for a concealed carry license.

Dated: December 28, 2015    Respectfully submitted,

                <u>s/ Charles J. Cooper</u>
                Charles J. Cooper (Bar No. 248070)
                David H. Thompson (Bar No. 450503)
                Peter A. Patterson (Bar No. 998668)
                COOPER & KIRK, PLLC
                1523 New Hampshire Avenue, N.W.
                Washington, D.C. 20036
                (202) 220-9600
                (202) 220-9601 (fax)
                ccooper@cooperkirk.com

                *Attorneys for Plaintiffs*