# EXHIBIT 2

No. 15–2234

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MATTHEW GRACE and | ) | |
| PINK PISTOLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 15-2234 (RJL) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA and | ) | |
| CATHY LANIER, in her official capacity as | ) | |
| Chief of Police for the Metropolitan Police | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**APPLICATION FOR A PRELIMINARY AND/OR PERMANENT INJUNCTION**

Before the Court is an application for a preliminary and/or permanent injunction filed by

Plaintiffs Matthew Grace and Pink Pistols.

Plaintiffs' motion is **GRANTED**. The Court finds that Plaintiffs are likely to succeed on

the merits, Plaintiffs will suffer irreparable harm without preliminary relief, the balance of harms

weighs in Plaintiffs' favor, and granting this relief is in the public interest. *See Aamer v. Obama*,

742 F.3d 1023, 1038 (D.C. Cir. 2014). The Court also finds that due to the purely legal nature of

the issues presented and Plaintiffs' clear entitlement to relief, it is appropriate to grant permanent

relief in Plaintiffs' favor at this time.

It is therefore **ORDERED** that:

1.      Defendants and their officers, agents, and employees are preliminarily and

permanently enjoined from denying concealed carry licenses to applicants who meet the

eligibility requirements (other than the "proper reason" requirement);

1

2.      Defendants and their officers, agents, and employees are preliminarily and permanently enjoined from enforcing the District of Columbia's laws and regulations establishing and further defining the "proper reason" requirement, including D.C. CODE §§ 22-4506(a) and 7-2509.11 and D.C. MUN. REGS. tit. 24, §§ 2332.1, 2333.1, 2333.2, 2333.3, 2333.4, and 2334.1, to deny concealed carry licenses to applicants who desire to carry a handgun in public for self-defense and other lawful purposes; and

3.      Defendants and their officers, agents, and employees are preliminarily and permanently enjoined to issue concealed carry licenses to Mr. Grace and to members of Pink Pistols who, apart from the "proper reason" requirement, are otherwise eligible for a concealed carry license.


Dated: _____          _____
                                     **Hon. Richard J. Leon**
                                     United States District Court Judge