# EXHIBIT 5

No. 15–2234

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and<br>PINK PISTOLS,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA and<br>CATHY LANIER, in her official capacity as<br>Chief of Police for the Metropolitan Police<br>Department,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 15-2234 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF GWENDOLYN S. PATTON

I, Gwendolyn S. Patton, am competent to state, and declare the following based on my personal knowledge:

1. I am an adult citizen of the United States and a resident of Pennsylvania. I am the First Speaker of Pink Pistols and am authorized to speak on behalf of the organization. I submit this declaration in support of Pink Pistols' motion for a preliminary injunction in this case.

2. Pink Pistols was established in 2000. Pink Pistols is a shooting group that honors diversity and is open to all shooters regardless of sexual orientation. There are dozens of Pink Pistols chapters located across the country, including Dallas, New York City, Northern Virginia, San Francisco, Seattle, and Las Vegas, among other locations.

3. Pink Pistols advocates the use of lawfully owned, lawfully concealed carry firearms for the self-defense of the sexual minority community. Pink Pistols believes that the right to bear arms is particularly important for members of discriminated against minorities.

4. The formation of Pink Pistols was inspired by a statement by Jonathan Rauch published in Salon Magazine in 2000: "[H]omosexuals should embark on organized efforts to become comfortable with guns, learn to use them safely and carry them. They should set up Pink Pistols task forces, sponsor shooting courses and help homosexuals get licensed to carry. And they should do it in a way that gets as much publicity as possible."

5. The District of Columbia's restrictive carry laws are a direct affront to Pink Pistols' central mission.

6. Pink Pistols has members who reside in Washington, D.C., including Matthew Grace.

7. At least one member of Pink Pistols has had an application for a carry license denied solely for failure to satisfy the "proper reason" requirement. But for the District of Columbia laws and regulations set forth above, at least one member of Pink Pistols forthwith would carry a firearm outside the home for self-defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of December, 2015 in JeFFfRSON VILLE, PA.

_____
Gwendolyn S. Patton