**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW GRACE and <br> PINK PISTOLS, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DISTRICT OF COLUMBIA and <br> CATHY LANIER, in her official capacity as <br> Chief of Police for the Metropolitan Police <br> Department, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 15-2234 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION TO ESTABLISH SCHEDULE FOR PLAINTIFFS'**
**APPLICATION FOR A PRELIMINARY AND/OR PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7 of the Rules of the United States District Court for the District of Columbia, Plaintiffs and Defendants, by and through their counsel, have conferred and have reached an agreement with respect to a proposed briefing schedule for Plaintiffs' application for a preliminary and/or permanent injunction, which was filed in this Court on December 28, 2015. *See* Doc. 6. In light of that agreement, Plaintiffs propose the following briefing schedule:

1. Defendants' opposition brief will be due on January 15, 2016.

2. Plaintiffs' reply brief will be due on January 22, 2016.

3. Any hearing date shall be set at a subsequent date convenient to the Court.

Defendants consent to the schedule requested in this motion.

2

| | |
|---|---|
| Dated:  December 29, 2015 | Respectfully submitted,<br><br>s/ Charles J. Cooper<br>Charles J. Cooper (Bar No. 248070)<br>David H. Thompson (Bar No. 450503)<br>Peter A. Patterson (Bar No. 998668)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>ccooper@cooperkirk.com<br><br>*Attorneys for Plaintiffs* |