# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW GRACE and | ) | |
| PINK PISTOLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 15-2234 (RJL) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA and | ) | |
| CATHY LANIER, in her official capacity as | ) | |
| Chief of Police for the Metropolitan Police | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER REGARDING SCHEDULE FOR PLAINTIFFS' APPLICATION FOR A PRELIMINARY AND/OR PERMANENT INJUNCTION

Before the Court is Plaintiffs' Consent Motion regarding the briefing schedule for

Plaintiffs' Application for a Preliminary and/or Permanent Injunction. Plaintiffs' motion is

granted, and it is hereby **ORDERED** that:

1.      Defendants' opposition will be due on January 15, 2016.

2.      Plaintiffs' reply will be due on January 22, 2016.

3.      Any hearing date shall be set at a subsequent date convenient to the Court.


Dated: _____          _____

**Hon. Richard J. Leon**
United States District Court Judge