AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MATTHEW GRACE and PINK PISTOLS <br><br> *Plaintiff(s)* <br><br> v. <br><br> DISTRICT OF COLUMBIA and CATHY LANIER, in her official capacity as Chief of Police for the Metropolitan Police Department <br><br> *Defendant(s)* | Civil Action No. 15-2234 (RJL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT OF COLUMBIA

   Serve: OFFICE OF THE ATTORNEY GENERAL
   441 4th Street, N.W.
   Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David H. Thompson
   Cooper & Kirk, PLLC
   1523 New Hampshire Avenue, N.W.
   Washington, D.C. 20036
   (202) 220-9600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   12/22/2015

/s/ Sherryl Horn
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Matthew Grace, et al.

**Plaintiff**

vs.   Case No: 15-2234 (RJL)

District of Columbia, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Declaratory Judgment and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/23/2015 at 12:08 PM, I served District of Columbia c/o Office of the Attorney General with the Summons and Complaint for Declaratory Judgment and Injunctive Relief with Exhibits at 441 4th Street, NW, Washington, DC 20001 by serving Tonya Robinson, Designated Agent, authorized to accept service.

Tonya Robinson is described herein as:

Gender: Female   Race/Skin: Black   Age: 47   Weight: 140   Height: 5'6"   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

12-29-15
Executed On

Ambiko Guice

Job #: 1503151

Client Ref Number: N/A

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050