AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Matthew Grace, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-02234-RJL |
| District of Columbia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae National Rifle Association of America, Inc.

Date:   01/04/2016

s/Erin E. Murphy
*Attorney's signature*

Erin E. Murphy (D.C. Bar No. 995953)
*Printed name and bar number*

Bancroft PLLC
500 New Jersey Avenue, NW
Seventh Floor
Washington, DC 20001
*Address*

emurphy@bancroftpllc.com
*E-mail address*

(202) 234-0090
*Telephone number*

(202) 234-2806
*FAX number*