AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Matthew Grace and Pink Pistols | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-2234 (RJL) |
| District of Columbia and Cathy Lanier | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Everytown for Gun Safety.

Date: 01/15/2016

s/ Deepak Gupta
*Attorney's signature*

Deepak Gupta (495451)
*Printed name and bar number*

Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
*Address*

deepak@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

(202) 888-7792
*FAX number*