**1322**                         CRIMINAL CODE.

days' imprison-
ment.

jail nor less than one day nor more than ten days, or both, in the discretion of the court or jury before whom the trial is had.

## AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

12 Aug., 1870;
took effect 12
Oct., 1870. Vol. 21,
part 1, p. 63.
Persons not to
bear arms at pub-
lic assemblies.
Social inter-
course and elec-
tions not to be
made dangerous.

ART. 6511. [1] If any person shall go into any church or religious assembly, any school-room or other place where persons are assembled for educational, literary, or scientific purposes, or into a ball room, social party, or other social gathering, composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this

Art. 6512.

state are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have

Kinds of weapons
prohibited.

about his person a bowie-knife, dirk, or butcher-knife, or fire-arms, whether known as a six-shooter, gun, or pistol of any kind, such person so offending shall be deemed guilty of a mis-

Fine $50 to $500.
Notes, 111, 167.

demeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same: *Provided,* That

Scalp-lifting
country except-
ed.
Armed officials.

nothing contained in this section shall apply to locations subject to Indian depredations: *And provided further,* That this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

## AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

12 April, 1871;
took effect 12
June, 1871. Vol.
21, part 2, p. 25.
Carrying arms a
misdemeanor,
punishable by
fine and forfeit-
ure, unless, &c.
Patriots and mili-
tiamen excepted.
Art. 6511.

ART. 6512. [1] Any person carrying on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purpose of offense or defense, unless he has reasonable grounds for fearing an unlawful attack on his person, and that such ground of attack shall be immediate and pressing; or unless having or carrying the same on or about his person for the lawful defense the state, as a militiaman in actual service, or as a peace officer

Fine $25 to $100
for first offense.

or policeman, shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by fine of not less than twenty-five nor more than one hundred dollars, and shall forfeit to the county the weapon or weapons so found on or

Imprisonment
for second of-
fense.
Notes 111, 167.

about his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not exceeding sixty days; and in every case of fine under this section the fines imposed and collected shall go into the treasury of the county in which they may have been

People at home
and officials ex-
cepted.

imposed: *Provided,* That this section shall not be so construed as to prohibit any person from keeping or bearing arms on his or her own premises, or at his or her own place of business, nor to prohibit sheriffs or other revenue officers, and other civil officers, from keeping or bearing arms while engaged in the discharge of their official duties, nor to prohibit persons traveling in the state from keeping or carrying arms with their baggage:

Legislators not
"civil officers."

*Provided further,* That members of the legislature shall not be included under the term "civil officers" as used in this act.

Art. 6512.
Justification
must be immedi-

ART. 6513. [2] Any person charged under the first section of this act, who may offer to prove, by way of defense, that he was

in danger of an attack on his person, or unlawful interference with his property, shall be required to show that such danger was immediate and pressing, and was of such a nature as to alarm a person of ordinary courage; and that the weapon so carried was borne openly and not concealed beneath the clothing; and if it shall appear that this danger had its origin in a difficulty first commenced by the accused, it shall not be considered as a legal defense. *(ate and pressing danger; and weapon not concealed. Impending danger.)*

ART. 6514. [3] If any person shall go into any church or religious assembly, any school-room, or other place where persons are assembled for amusement, or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball-room, social party, or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster, or to perform any other public duty, (except as may be required or permitted by law,) or to any other public assembly, and shall have or carry about his person a pistol, or other firearm, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured and sold for the purposes of offense and defense, unless an officer of the peace, he shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by a fine of not less than fifty, nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term of not more than ninety days. *(Attending public meetings armed an off nse to be punished in like manner. Society protected and attempted civilization. Character of arms prohibited. Fine $50 to $100 for first offense, and imprisonment for perseverance.)*

ART. 6515. [4] This act shall not apply to nor be enforced in any county of the state which may be designated in a proclamation of the governor as a frontier county, and liable to incursions of hostile Indians. *(Governor may exempt frontier counties by proclamation.)*

ART. 6516. [5] All fines collected under the provisions of this act shall be paid into the treasury of the county, and appropriated exclusively to the keeping in repair and maintenance of public roads, and all weapons forfeited to the county under the provisions of this act shall be sold as may be prescribed by the county court, and the proceeds appropriated to the same purpose. *(Art. 6517. All fines under this act must be paid into county treasury.)*

ART. 6517. [6] It shall be the duty of all sheriffs, constables, marshals, and their deputies, and all policemen and other peace officers, to arrest any person violating the first or third sections of this act, and to take such person immediately before a justice of the peace of the county where the offense is committed, or before a mayor or recorder of the town or city in which the offense is committed, who shall investigate and try the case without delay. On all such trials the accused shall have the right of a trial by jury, and of appeal to the district court; but, in case of appeal, the accused shall be required to give bond, with two or more good and sufficient sureties, in a sum of not less than one hundred, nor more than two hundred dollars, if convicted under the first section, and in a sum of not less than two hundred, nor more than one thousand dollars, if convicted under the third section of this act; said bond to be payable to the state of Texas, and approved by the magistrate, and conditioned that the defendant will abide the judgment of the district court that may be rendered *(Peace officers to arrest offenders, &c. Jury trial and appeal allowed. Appeal bond. Payable to State.)*

1324                              CRIMINAL CODE.

Forfeiture.

in the case; and in case of forfeiture the proceedings thereon shall be as is or may be prescribed by law in similar cases; and all moneys collected on any bond or judgment upon the same,

Art. 6516.

shall be paid over and appropriated as provided in the fifth section of this act.

Art. 6517.
Officer failing to arrest to be discharged.
Arts. 6512, 6514.

ART. 6518. [7] Any officer named in the sixth section of this act who shall refuse or fail to arrest any person whom he is required to arrest by said section on his own information, or where knowledge is conveyed to him of any violation of the first or third sections of this act, shall be dismissed from his office on conviction in the district court, on indictment or information, or by such other proceedings or tribunal as may be provided by law, and, in

And fined not more than $500.

addition, shall be fined in any sum not exceeding five hundred dollars, at the discretion of the court or jury.

District courts to have concurrent jurisdiction.

ART. 6519. [8] The district courts shall have concurrent jurisdiction under this act, and it is hereby made the duty of the several judges of the district courts of this state to give this act especially in charge to the grand juries of their respective counties.

Governor to publish the act.

ART. 6520. [9] It is hereby made the duty of the governor to publish this act throughout the state; and this act shall take effect and be in force from and after the expiration of sixty days after its passage.

TITLE XIII.—OF OFFENSES AGAINST PUBLIC POLICY AND ECONOMY.

Arts. 2035–2038.

CHAPTER I.—ILLEGAL BANKING AND PASSING SPURIOUS MONEY.

AN ACT CONCERNING PRIVATE CORPORATIONS.

2 Dec., 1871; took effect from passage. Vol. 21, part 3. p 82.
Officers to publish semi-annual returns; punishment for failure.
Arts. 5932–6011.

ART. 6521. [79] Every such corporation shall semi-annually, in the months of July and January, publish in one or more newspapers in the county where such corporation shall have its place of business, a statement, verified by the oath of its president or secretary, setting forth its actual financial condition, and the amount of its property and liabilities, under a penalty of five

How recovered.

hundred dollars to the state, to be recovered by indictment against the president, cashier, or directors, and shall also deposit a copy of said statement, verified as aforesaid, in the office of the secretary of state.

Arts. 2043.

CHAPTER III.—OF SELLING TO INDIANS.

31 Aug., 1866.
Art. 6347 for caption.
Selling liquor to Indians.

ART. 6522. [408] If any person shall give or barter, or cause to be sold, given, or bartered, any ardent spirits, or any spirituous or intoxicating liquors, or firearms, or ammunition, to any Indian of the wild or unfriendly tribes, he shall be fined not less than ten nor more than one hundred dollars.  Justices of the

Who may punish.

peace and mayors shall have jurisdiction under this article.

CHAPTER IV.—GAMING.

11 May, 1871;
took effect from passage.  Vol. 21, part 2, p. 84.
Arts. 2046, 2054.

AN ACT TO AMEND AN ACT ENTITLED "AN ACT TO ADOPT AND ESTABLISH A PENAL CODE FOR THE STATE OF TEXAS," APPROVED AUGUST 26, A. D. 1856, AND TO REPEAL AN ACT ENTITLED "AN ACT TO AMEND ARTICLES 412 AND 418 OF AN ACT TO ADOPT AND ESTABLISH A PENAL CODE FOR THE STATE OF TEXAS," APPROVED DECEMBER 16, A. D. 1863.

Keeping a gaming table or bank punished.

ART. 6523. [412] If any person shall keep or exhibit, for the purpose of gaming, any gaming table or bank, of any name or

or order of the magistrate, and shall also stand as a security for any costs which shall be ordered by the court appealed to, to be paid by the appellant.

SEC. 14.  *Party committed, how discharged.*—Any person committed for not finding sureties or refusing to recognize as required by the court or magistrate, may be discharged by any judge or justice of the peace, on giving such security as was required.

SEC. 15.  *Recognizances to be transmitted to district court.*—Every recognizance taken in pursuance of the foregoing provision shall be transmitted by the magistrate to the district court for the county, on or before the first day of the next term, and shall be there filed or recorded by the clerk.

SEC. 16.  *When person may be ordered to recognize, without process.*—Any person who shall in the presence of any magistrate mentioned in the first section of this chapter, or before any court of record, make an affray or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person, who in the presence of such court or magistrate shall contend with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace, and being of good behavior, for a term not exceeding six months, and, in case of a refusal, may be committed as before directed.

SEC. 17.  *Carrying dangerous weapons, how punished.*—Whoever goes armed with a dirk, dagger, sword, pistol or pistols, or other offensive and dangerous weapon, without reasonable cause to fear an assault or other injury or violence to his person, or to his family or property, may, on complaint of any other person having reasonable cause to fear an injury or breach of the peace, be required to find sureties for keeping the peace, for a term not exceeding six months, with the right of appealing as before provided.

SEC. 18.  *Judgment on recognizance remitted, when.*—Whenever upon an action brought on any such recognizances, the penalty thereof is adjudged forfeited, the court may remit such portion of the penalty on the petition of any defendant, as the circumstances of the case render just and reasonable.

SEC. 19.  *Surety in recognizance may take and surrender principal—new recognizance may be given.*—Any surety in a recognizance to keep the peace, or for good behavior, or both, has authority and right to take and surrender his principal, and upon such surrender shall be discharged and exempted from all liability for any act of the principal subsequent to such surrender, which would be a breach of the condition of the recognizance ; and the person so surrendered may recognize anew with sufficient sureties, before any justice of the peace for the residue of the term, and thereupon shall be discharged.

3. If any judge or justice have notice of a riotous, tumultuous, or unlawful assembly in the county in which he resides, and fail to proceed immediately to the place of such assembly, or as near as he may safely, or fail to exercise his authority for suppressing it and arresting the offenders, he shall be fined not exceeding one hundred dollars.

4. If any person engaged in such assembly, being commanded as aforesaid to disperse, fail to do so without delay, any such judge or justice may require the aid of a sufficient number of persons, in arms or otherwise, and proceed, in such manner as he may deem expedient, to disperse and suppress such assembly, and arrest and secure those engaged in it.

5. If by any means, taken under authority of this chapter, to disperse any such assembly, or arrest and secure those engaged in it, any person present, as spectator or otherwise, be killed or wounded, any judge or justice exercising such authority, and every one acting under his order, shall be held guiltless; and if the judge or justice, or any person acting under the order of either of them, be killed or wounded in taking such means, or by the rioters, all persons engaged in such assembly shall be deemed guilty of such killing or wounding.

6. If any rioter pull down or destroy, in whole or in part, any dwelling house, or assist therein, he shall be confined in the penitentiary not less than one nor more than five years; and though no such house so be injured, every rioter, and every person unlawfully or tumultuously assembled, shall be confined in jail not more than one year and fined not exceeding one hundred dollars.

7. If a person carry about his person any revolver or other pistol, (See Acts 1872-3, ch. 226, § 168.) dirk, bowie knife, razor, slung shot, billy, metallic or other false Acts 1882, ch. 135. knuckles, or any other dangerous or deadly weapon of like kind or 7 Gratt. 597. 34 W. Va. 74. character, he shall be guilty of a misdemeanor, and fined not less than twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises, any such revolver or other pistol, or from carrying the same from the place of purchase to his dwelling house, or from his dwelling house to any place where repairing is done, to have it repaired, and back again. And if upon the trial of an indictment for carrying any such pistol, dirk, razor or bowie knife, the defendant shall prove to the satisfaction of the jury that he is a quiet and peaceable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor or bowie knife, as charged in the in-

dictment, he had good cause to believe and did believe that he was in danger of death or great bodily harm at the hands of another person, and that he was in good faith, carrying such weapon for self-defence and for no other purpose, the jury shall find him not guilty. But nothing in this section contained shall be so construed as to prevent any officer charged with the execution of the laws of the State, from carrying a revolver or other pistol, dirk or bowie knife.

<span style="float:left">Acts 1866, p. 23.</span>   8. If any person shall wilfully disturb, molest or interrupt any literary society, school, or society formed for intellectual improvement, or any other school or society organized under the laws of this State, or any school, society, or meeting formed or convened for improvement in music, either vocal or instrumental, or for any moral and social amusement, the person so offending shall be deemed guilty of a misdemeanor, and, on conviction thereof, shall be fined not less than five dollars, and may be imprisoned in the county jail not exceeding ten days. (See ch. 149, sec. 19, of this code.)

<span style="float:left">Acts 1882, ch. 135.</span>   9. If two or more persons under the name of "Red Men," "Regulators," "Vigilance Committee," or any other name or without a name combine or conspire together for the purpose of inflicting any punishment or bodily injury upon any other person or persons, or for the purpose of destroying, injuring, or taking and carrying away any property, real or personal, not their own, every such person, whether he has done any act in pursuance of such combination or conspiracy or not, shall be guilty of a misdemeanor and fined not less than fifty, nor more than five hundred dollars, and may, at the discretion of the court, be confined in jail not less than one nor more than twelve months.

<span style="float:left">Id.<br>25 W. Va. 685.</span>   10. If any person, in pursuance of such combination or conspiracy as is mentioned in the next preceding section, shall inflict any punishment or bodily injury upon another person, or shall destroy, injure, or take and carry away, any property, real or personal, not his own, he shall be guilty of a felony, and confined in the penitentiary not less than two nor more than ten years. And if, on the trial of an indictment under this section, it be proved that two or more persons, the defendant being one, were present, aiding and abetting in the commission of the offence charged therein, it shall be presumed that such offence was committed in pursuance of such combination or conspiracy, in the absence of satisfactory proof to the contrary. And all persons who shall be present, aiding and abetting, at the commission of any offence mentioned in this section, shall be deemed conspirators within the meaning of this, and the next preceding section.

<span style="float:left">Acts 1882, ch. 135.</span>   11. No person called as a witness for the State on the trial of any person for an offence mentioned in either of the two next preceding sections, shall be excused from answering any question which may be asked him as such witness, and which would be otherwise legal and proper, on the ground that the answer to such question would or might degrade him, or expose him to punishment; but no such wit-

**Factor appropriating cotton taken from bale.**

§ 3266. Any factor, commission merchant, or agent, having the control of cotton, who appropriates to his own use any cotton taken from any bale under his control, with intent to defraud the owner thereof, must, on conviction, be punished, as if he had feloniously stolen such cotton.

**Adulterating sugar.**

§ 3267. Any person who mixes any foreign matter or thing with sugar, so as to deteriorate the quality thereof with intent to injure or defraud, must, on conviction, be fined not less than fifty or more than two hundred dollars, and may be imprisoned not more than three months.

**Making or emitting bills for circulation.**

§ 3268. Any person, private corporation, or association, who without authority of law, makes or emits any paper to answer the purposes of money, or for general circulation, such person, and each individual of such corporation or association, on conviction, must be fined not less than twenty or more than one hundred dollars, and may be imprisoned not more than twelve months.

**Signing bills for circulation.**

§ 3269. Any person in this state who signs any paper to be put in circulation as money, except under the authority of this state, or countersigns the same, must, on conviction, be fined in a sum not less than one hundred or more than five hundred dollars; and the signature of such person to any such paper must be taken as genuine, unless the fact of signing be denied on oath by the defendant.

**Passing such paper.**

§ 3270. Any person who passes or circulates any paper issued to answer the purposes of money, without authority of law, must, on conviction, be fined not less than twenty or more than one hundred dollars.

**Passing bills under five dollars.**

§ 3271. Any person who passes or circulates in this state, any bank bill of a less denomination than five dollars, not issued under the authority of this state, must, on conviction, be fined not exceeding fifty dollars.

**Indictment for.**

§ 3272. An indictment under the preceding section, which charges that the defendant did pass or circulate a bank bill under the denomination of five dollars, not issued under the authority of this state, is sufficient, without describing such bank bill; and proof that such bill on its face purported to be issued by the authority of any other state, or country, or by any bank, or corporation out of this state, or by any bank or corporation known to be out of this state, is sufficient without further proof.

**Concealed weapons.**

§ 3273. Any one who carries concealed about his person a bowie knife, or knife or instrument of the like kind or description by whatever name called, or air gun, must, on conviction, be fined not less than fifty or more than three hundred dollars.

**The same.**

§ 3274. Any one who carries concealed about his person a pistol, or any other description of fire arms, not being threatened with, or having good reason to apprehend an attack, or travelling, or setting out on a journey, must, on conviction, be fined not less than fifty nor more than three hundred dollars.

§ 3275. In an indictment under the preceding section, it Indictment for. is sufficient to charge that the defendant carried concealed about his person a pistol or other description of fire arms; Excuse. and the excuse must be made out by the defendant, to the satisfaction of the jury.

§ 3276. Any person, who in any newspaper, handbill, or Publishing another as a coward, &c. other advertisement, written or printed, publishes or proclaims any person as a coward, or uses any other opprobrious or abusive language for not accepting a challenge to fight a duel, or for not fighting a duel, must, on conviction, be fined not less than two hundred or more than five hundred dollars, and imprisoned not less than six or more than twelve months.

§ 3277. The publisher or printer of any such newspaper, Printer to give evidence. or handbill, or other publication, may be required to testify against any defendant indicted under the preceding section; and refusing to give evidence, must be fined five hundred Penalty for refusing. dollars, and imprisoned until such fine is paid, and also imprisoned until he shall testify.

§ 3278. Any person who sells and delivers any poisonous Selling poisons without labels. substance, without having the word "poison" written or printed on the label attached to the vial, box or parcel in which the same is sold; or sells and delivers any tartar emetic, laudanum or morphine, without having the common name thereof, written or printed upon a label attached to the vial, box or parcel, containing the same, must, on conviction, be fined not more than one hundred dollars.

§ 3279. Any person who sells to any slave, or free child Selling poisons to slaves or children. under ten years of age, any drug, poisonous in its nature, without an order in writing from the owner or master of such slave, or the parent, guardian, or person standing in that relation to such child, designating the drug, either by name or by its effects, must, on conviction, be fined not more than two hundred dollars, and may be imprisoned not more than three months.

§ 3280. Any licensed retailer or other person, keeping fer- Selling or giving liquor to students, &c. mented, vinous or spirituous liquors for sale, who sells, gives or delivers to any student of any college, or pupil of any school or academy, or to any other person for the use of such student or pupil, any of such liquors, knowing the use for which it was intended, without the consent of the parent or guardian, or the person having the charge of such student or pupil, such retailer, or the person so selling, giving or delivering, must, on conviction, be fined not less than fifty or more than five hundred dollars.

§ 3281. Any licensed retailer or other person who sells, To minors. gives, or delivers to any minor any of the liquors specified in the preceding section, after notice from the parent, guardian, or person in charge of such minor, forbidding such sale, gift, or delivery, must, on conviction, be fined not less than fifty or more than five hundred dollars.

§ 3282. Any licensed retailer, who, after taking the affida- Licensed retailer trad- vit prescribed in section 105, knowingly sells any vinous

**ing with slaves.** or spirituous liquors to any slave; or knowingly sells to or purchases from any slave any article or commodity, without the permission of the master or overseer of such slave; or knowingly permits the same to be done by his partner, clerk, or any other person about his premises; or knowingly permits any gaming to be carried on on his premises, must, on conviction, be imprisoned in the penitentiary not less than two or more than five years.

**Selling or giving liquor to slaves.** § 3283. Any person who sells, gives, or delivers to any slave any vinous or spirituous liquor, except on an order in writing, signed by the overseer or master of such slave, specifying the quantity to be sold, given, or delivered, must, on conviction, be fined not less than fifty dollars.

**The same.** § 3284. The provisions of the above section apply to licensed retailers as well as other persons.

**Trading with slaves. 19 Ala., 19.** § 3285. Any person who sells to or buys or receives from any slave, any other article or commodity of any kind or description, without the consent of the master, owner, or overseer of such slave, verbally or in writing, expressing the articles permitted to be sold to, or bought or received from such slave, first obtained, must, on conviction, be fined in not less than ten or more than two hundred dollars, and may be imprisoned not more than six months.

**Evidence on indictment.** § 3286. Upon the trial of indictments under the preceding and section 3283, evidence that the slave was seen in the night time, or on Sunday, going into a place where spirituous or vinous liquors or merchandize are sold, with an article of traffic, and coming out without the same; or that such slave was seen at such time, or on such day, immediately after coming out of such place, in possession of spirituous or vinous liquor, or merchandize of any kind, is presumptive evidence of the guilt of the defendant.

**Employing slave or free negro to draw off or sell.** § 3287. Any person keeping spirituous liquor for sale, who employs any slave or free person of color in drawing off or selling such liquor, must, on conviction, be fined not less than twenty-five or more than fifty dollars.

**Duty of magistrate in relation to laws against retailing or trading with slaves.** § 3288. Any justice or magistrate, whenever he has good reason to believe, or upon information on oath that any of the laws of this state against retailing or trading with slaves have been violated by any person, must forthwith issue a warrant of arrest against such person, and if the evidence proves the offence, must bind him over to answer therefor at the next circuit court, and on his failing to give bond must commit him.

**Permitting slave or free negro to sample cotton.** § 3289. Any person who employs or knowingly permits any slave or free person of color to sample any cotton, must, on conviction, be fined not less than fifty or more than one thousand dollars.

**Owner may.** § 3290. In indictments under the preceding section, the defendant may show in defence he was the owner of the cotton.

**Prosecuting suits in the name of an-** § 3291. Any person who prosecutes a suit in any of the courts in this state, in the name of another person, without

his consent, must, on conviction, be fined not less than five hundred dollars.

§ 3292. The provisions of the preceding section do not apply to a person having the beneficial interest using the name of the person having the legal right, in cases where he cannot bring the action in his own name.

§ 3293. Any person summoned by any sheriff, or other officer having authority, for the purpose of enabling such officer to make an arrest, or to execute any duty devolving upon him under any law in relation to public offences, who refuses obedience to such summons, must, on conviction, be fined not less than fifty or more than three hundred dollars.

§ 3294. It is the duty of the officer summoning such person to present the offender to the next grand jury, and failing so to do, he must, on conviction, be fined not less than twenty dollars.

*Other. Exceptions.*

*Refusing to obey summons of officer.*

*Duty of the officer.*

---

## ARTICLE VII.

### *Offences against slaves.*

| SEC. | SEC. |
|---|---|
| 3295. Causing death of by whipping, is murder in the first degree. | 3298. Indictments under preceding section. |
| 3296. Causing death by whipping, &c., without intention to kill, murder in the second degree. | 3299. Defendant entitled to a jury two-thirds of whom are slave holders. |
| 3297. Inflicting or allowing cruel punishment, &c., failing to provide food, raiment, attention in sickness, &c. | 3300. Assaults by any other person than the master. |

§ 3295. Any person who with malice aforethought causes the death of a slave, by cruel whipping or beating, or by any inhuman treatment, or by the use of any weapon in its nature calculated to produce death, is guilty of murder in the first degree.

*Death of a slave by whipping, &c.*

§ 3296. Any owner, overseer, or other person having the right to correct any slave, who causes the death of such slave by cruel whipping or beating, or by any other cruel or inhuman treatment, or by the use of any instrument in its nature calculated to produce death, though without any intention to kill, is guilty of murder in the second degree, and may be guilty of murder in the first degree.

*Without intention to kill.*

§ 3297. Any master, or other person standing towards the slave in that relation, who inflicts, or allows another to inflict on him any cruel punishment, or fails to provide him with a sufficiency of healthy food, or necessary clothing, or to provide for him properly in sickness or old age, or treats him in any other way with inhumanity, on conviction thereof must be fined not less than twenty-five or more than one thousand dollars.

*Cruel punishments; not feeding or clothing, &c.*

§ 3298. In indictments under the preceding section, it is sufficient to charge that the defendant did inflict on a slave

*Indictments.*

be made ; *And provided, also,* that the only questions to be submitted to and determined by the jury in trials for forcible entry, or forcible detainer, shall be the possession and the force, without regard to the merits of the title on either side. *Title net examinable.*

§4413. Sec. XV. Any person having or carrying about his person, unless in an open manner and fully exposed to view, any pistol, (except horseman's pistols,) dirk, sword in a cane, spear, bowie-knife, or any other kind of knives, manufactured and sold for the purpose of offence and defence, shall be guilty of a misdemeanor, and, on conviction, shall be punished by fine or imprisonment, or both, at the discretion of the court. *Carrying concealed, deadly weapons.*

§4414. Sec. XVI. All other offences against the public peace, not provided for in this Code, shall be prosecuted and indicted as heretofore, and the punishment, in every case, shall be by fine or imprisonment in the common jail of the county, or both, at the discretion of the court. *Other offences vs. public peace.*

## TENTH DIVISION.

OFFENCES AGAINST THE PUBLIC MORALITY, HEALTH, POLICE AND DECENCY.

| Section. | Section. |
|---|---|
| 4415. Bigamy. | 4435. Vagrants. |
| 4416. Punishment on married person. | 4436. Common rogues. |
| 4417. On unmarried person. | 4437. Nuisances. |
| 4418. Incest. | 4438. Disinterring bodies. |
| 4419. Adultery. | 4439. Bastardy. |
| 4420. Lewdness. | 4440. Retailing without license. |
| 4421. Lewd houses. | 4441. Illegal marrying. |
| 4422. Disorderly houses. | 4442. Illegal voting. |
| 4423. Gaming houses. | 4443. Buying or selling votes. |
| 4424. Gaming tables. | 4444. Minor voting. |
| 4425. Gambling. | 4445. Adultery with negro. |
| 4426. Gaming with minors. | 4446. Whipping wife. |
| 4427. Gaming with clerks and bank offr's. | 4447. Interfering with religious worship. |
| 4428. Players—witnesses. | 4448. Retailing near church. |
| 4429. Judge's charge. | 4449. Working slaves on Sabbath. |
| 4430. Suspected houses. | 4450. Running freight trains on Sunday. |
| 4431. Unwholesome provisions. | 4451. Violating Sabbath. |
| 4432. Unwholesome bread, &c. | 4452. Fines from Sabbath-breakers. |
| 4433. Spreading small pox. | 4453. Bonds in case of vagrancy. |
| 4434. Violating quarantine. | 4454. Att'y or Sol'r—duty in such case. |

§4415. Sec. 1. Polygamy, or bigamy, shall consist in knowingly having a plurality of husbands, or wives, at the same time. *Polygamy and bigamy.*

312                    MISCELLANEOUS.

shall be responsible for the payment of the expenses of
his retention in jail.

### *Rewards for the Apprehension of Escaped Prisoners.*
### *Act of February* 1, 1860.

SECTION 1. When any person shall make his escape
from any county of this Territory after having been
sentenced by the court to suffer any penalty, it shall be
the duty of the court to inform immediately the governor
thereof, giving a description of such fugitive.

§ 2. The governor is hereby authorized to offer a
reward, to be paid out of the funds of the Territory, to
any person who shall find and deliver such fugitive:
*Provided*, that such reward shall be at the will of the
governor.

### *Reward for Accused Persons. Act of* 1874, *Ch.* 12.

SECTION 1. In cases of murder or other felony, when
the person or persons accused of the crime shall be at
large, the governor, when in his judgment it shall be
necessary to secure the apprehension of the accused, shall
be authorized to issue his proclamation offering a reward,
not exceeding five hundred dollars, for the apprehension
and delivery of the accused to the proper office.

§ 2. The auditor of public accounts is hereby author-
ized to draw a warrant on the treasury of the Territory,
in favor of the person entitled to a reward, under the
provisions of the preceding section, for the amount thereof,
upon the presentation by such person of his account
certified and approved by the governor.

### *Deadly Weapons. Act of* 1869, *Ch.* 32

SECTION 1. It shall be unlawful for any person to
carry deadly weapons, either concealed or otherwise, on
or about their persons within any of the settlements of
this Territory, except it be in the lawful defense of them-
selves, their families or their property, and the same
being then and there threatened with danger, or by order
of legal authority, or on their own landed property, or
in execution of an order of court.

§ 2. Deadly weapons, in the meaning of this act, shall
be construed to mean all kinds and classes of pistols,

whether the same be a revolver, derringer, repeater, or any other kind or class of pistol ; any and all kinds of bowie knives, daggers, poniards, butcher knives, dirk knives and all such weapons with which cuts can be given or by which wounds can be inflicted by thrusting, including sword canes and such sharp-pointed canes with which deadly thrusts can be given, and all kinds of slung-shots, and any other kinds of deadly weapon, by whatever name it may be called, by which a dangerous wound can be inflicted.

§ 3. The penalty for the violation of the preceding sections of this act shall not be less than ten dollars nor more than fifty dollars for each offense, or not less than ten days' imprisonment nor more than fifty days' imprisonment in the county jail, or both ; such fine and imprisonment in the discretion of the jury trying the case.

§ 4. Any person who shall draw a deadly weapon on another, or who shall handle a deadly weapon in a threatening manner at or towards another, in any part of this Territory, except in the lawful defense of himself, his family, or his property, or by order of legal authority, upon conviction thereof before the proper tribunal, shall, for each offense, be fined in a sum not less than twenty-five dollars nor more than seventy-five dollars, or by imprisonment in the county jail for a term of not less than twenty days or more than sixty days, or be punished by both such fine and imprisonment, in the discretion of the jury trying the cause.

§ 5. Any person who shall draw or use any deadly weapon in any ball, dance, or other public gathering of the people, or near where any election authorized by law is being held in any part of the Territory, except it be in the lawful defense of himself, his family, or his property, or in obedience to legal authority, shall, upon conviction before the proper tribunal, be punished by a fine not less than fifty dollars nor more than one hundred dollars for each offense, or by imprisonment in the county jail for a term of not less than one month nor more than three months for each offense, or by both such fine and imprisonment, in the discretion of the jury trying the cause.

§ 6. Justices of the peace, as well as the District Court, shall have jurisdiction of all offenses under the preceding sections of this act ; and in all cases of prosecution under this act, in which a plea of guilty shall be entered, the court shall proceed to hear and determine the case, and

314                     MISCELLANEOUS.

shall assess the penalty, upon conviction, without the
intervention of a jury, unless the accused shall demand
a trial by jury. [As amended, 1876, Ch. 35.]

§ 7. A conviction of any person under this act shall
not be a bar to a prosecution and conviction of the same
person for an assault and battery, aggravated assault,
assault with a deadly weapon, assault with intent to kill,
or murder, manslaughter, or other crime, and where the
words "weapons" or "deadly weapons" are used in this
act, such word or words shall be construed to mean the
weapons described in section two of this act.

§ 8. It shall not be necessary, in the trial of any cause
arising under the provisions of this act, to prove that the
person charged was not in the lawful defense of himself,
his family or his property; but the accused must prove
to the satisfaction of the jury that the act charged was
done in the lawful defense of himself, his family, or his
property, before the jury can acquit.

§ 9. Any lawful voter of the Territory may without
a warrant arrest parties who may violate the preceding
sections of this act, and take such persons before a jus-
tice of the peace of the county in which the offense was
committed, for complaint and trial, and such trial shall
be had as soon as possible, giving due time for summon-
ing witnesses.

§ 10. All fines collected by virtue of the preceding sec-
tions of this act shall go, one-third to the Territory, one-
third to the county in which the offense was committed,
and one-third to the person or attorney who, on the part
of the Territory, procured the conviction.

§ 11. Persons traveling may be permitted to carry
arms within settlements or towns of this Territory, for
one hour after arriving in such settlements or town, and
while going out of such towns or settlements; and sheriffs
and constables of the various counties of this Territory
and their lawfully appointed deputies may carry weapons
in the legal discharge of the duties of their respective
office, when the same may be necessary, but it shall be
for the jury to decide from the evidence whether such
carrying of weapons was necessary or not, and for an im-
proper carrying or using deadly weapons by any officer
mentioned in this section, he shall be punished as other
persons are punished for a violation of the preceding sec-
tions of this act.

§ 12. It shall be the duty of the keeper of each and

A. D. 1870. dred dollars, and one per cent. for all sums over that amount ; for search for each paper, fifteen cents ; for certificate and seal, fifty cents ; for copying papers on file in office, per copy sheet of one hundred words, twenty-five cents ; for final discharge of executor, administrator or guardian, two dollars ; for proceedings in dower, inclusive of all charges, twenty dollars ; for proceedings in lunacy, inclusive, five dollars.

Approved March 1, 1870.

---

No. 287.  AN ACT TO INCORPORATE THE COOPERS' TRADES-UNION, OF CHARLESTON.

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, Corporators. and by the authority of the same, That A. R. Mitchell, A. F. Gregorie, Edward Jones, James Chapman, and such other persons as may now, or hereafter shall be, associated with them, are hereby made and declared to be a body politic and corporate by the name and style of the Coopers' Trades-Union, of Charleston.

Powers and SEC. 2. That said Coopers' Trades-Union, of Charleston, shall have privileges. succession of officers and members according to its by-laws, and shall have power to make by-laws, not repugnant to the laws of the land, and to have, use and keep a common seal, and the same to alter at will, to sue and be sued, plead and be impleaded, in any Court in this State. It is hereby empowered to retain, possess, and enjoy all such property, real and personal, as it may possess or be entitled to, or which shall hereafter be given, bequeathed to, or in any manner acquired by it, and to sell, alien, or transfer the same.

SEC. 3. That this Act shall be a public Act, and continue in force for the term of twelve years from the date of its ratification.

Approved March 1, 1870.

---

No. 288.  AN ACT TO DEFINE THE CRIMINAL JURISDICTION OF TRIAL JUSTICES.

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, and by the authortiy of the same, That Trial Justices shall have and exercise within their respective Counties all the powers, authority and jurisdiction, in criminal cases, hereinafter set forth.

SEC. 2. Trial Justices shall have jurisdiction of all offences which may Penalties be subject to the penalties of either fine or forfeiture not exceeding one not exceeding hundred dollars, or imprisonment in the Jail or Work House not exceed-$100. ing thirty days, and may impose any sentence within those limits, singly or in the alternative.

SEC. 3. They may punish by fine not exceeding one hundred dollars, Assault and or imprisonment in the Jail or House of Correction not exceeding thirty battery. days, all assault and batteries, and other breaches of the peace, when the offence is not of a high and aggravated nature, requiring, in their judgment, greater punishment.

Rioters, &c.  SEC. 4. They may cause to be arrested all affrayers, rioters, disturbers

## OF SOUTH CAROLINA.

403

and breakers of the peace, and all who go armed offensively, to the terror of the people, and such as utter menaces or threatening speeches, or otherwise dangerous and disorderly persons.

Persons arrested for any of said offences shall be examined by the Trial Justice before whom they are brought, and may be tried before him, and, if found guilty, may be required to find sureties of the peace, and be punished within the limits prescribed in Section 2, or, when the offence is of a high and aggravated nature, they may be committed or bound over for trial before the Court of General Sessions.

SEC. 5. They shall have jurisdiction of larcenies, by stealing of the property of another, of money, goods or chattels, or any bank note, bond, promissory note, bill of exchange, or other bill, order or certificate; or any book of accounts for or concerning money or goods due, or to become due, or to be delivered; or any deed or writing containing a conveyance of land or any other valuable contract in force; or any receipt, release or defeasance; or any writ, process or public record, if the property stolen does not exceed twenty dollars in value.

SEC. 6. They shall have jurisdiction of the offences of buying, receiving or aiding in the concealment of stolen goods or other property, where they would have jurisdiction of the larceny of the same goods or property.

SEC. 7. They shall have jurisdiction of the offences of obtaining property by any false pretence, or by any privy or false token, or by any game, device, slight of hand, pretensions to fortune telling, trick or other means, by the use of cards or other implements or instruments, where they would have jurisdiction of a larceny of the same property, and may punish said offences the same as larceny.

SEC. 8. They shall cause to be arrested all persons, found within their Counties, charged with any offence, and persons who, after committing any offence within the County, escape out of the same; examine into treasons, felonies, grand larcenies, high crimes and misdemeanors; and commit or bind over for trial those who appear to be guilty of crimes or offences not within their jurisdiction, and punish those guilty of such offences within their jurisdiction.

SEC. 9. All proceedings before Trial Justices, in criminal cases, shall be commenced on information, under oath, plainly and substantially setting forth the offence charged, upon which, and only which, shall a warrant of arrest issue.

The information may be amended at any time before trial.

All proceedings before Trial Justices shall be summary, or with only such delay as a fair and just examination of the case requires.

SEC. 10. Every person arrested and brought before a Trial Justice charged with an offence within his jurisdiction, shall be entitled, on demand, to a trial by jury, to be selected in the manner indicated by Section 6 of the Act entitled "An Act to provide for the temporary appointment of Magistrates, and to define their powers and duties," ratified 24th day of September, A. D. 1868.

SEC. 11. Trial Justices are authorized to issue all necessary processes to carry their powers into effect, and may exercise all the powers heretofore conferred by law upon Magistrates.

SEC. 12. Every person convicted before a Trial Justice of any offence whatever, and sentenced, may appeal from the sentence to the next term

*A. D. 1870.*

Sureties.

Larceny.

Stolen Goods.

False pretence.

When proceedings to commence.

Trial by Jury.

Appeal.

A. D. 1870.   of the Court of General Sessions for the County. The appellant shall be
committed, to abide the sentence of said Court, until he recognizes to the
State in such reasonable sum, and with such sureties, as the Court re-
quires, with condition to appear at the Court appealed to, and at any
subsequent term to which the case is continued, if not previously surren-
dered and discharged, and so, from term to term, until the final decree,
sentence or order of the Court thereon; and to abide such final sentence,
order or decree, and not depart without leave; and, in the meantime, to
keep the peace, and be of good behavior.

Sec. 13. All Acts and parts of Acts inconsistent or supplied by this
Act are hereby repealed.

Approved March 1, 1870.

---

No. 289.   AN ACT TO AUTHORIZE TRUSTEES TO INVEST FUNDS IN THE BONDS OF
THE STATE OF SOUTH CAROLINA.

SECTION 1. *Be it enacted* by the Senate and House of Representatives
of the State of South Carolina, now met and sitting in General Assembly,
and by the authority of the same, That Guardians, Trustees, Administra-
tors, Executors, Probate Judges, and Clerks of Courts, and all other per-
sons holding funds in trust for investment, are hereby authorized to invest
the same in bonds of the State of South Carolina. And they are hereby
relieved from all responsibility for said investment, except for the safe
keeping of the bonds: Provided, That as to officers of the Court, there
be no order of the Court directing a different investment.

Approved March 1, 1870.

---

No. 290.   AN ACT TO FIX THE PER DIEM AND MILEAGE OF THE MEMBERS OF
THE GENERAL ASSEMBLY.

*Be it enacted* by the Senate and House of Representatives of the State
of South Carolina, now met and sitting in General Assembly, and by the
authority of the same, That the members of the next General Assembly
shall receive the same mileage and per diem as now allowed the members
of the present General Assembly by the provisions of the Constitution of
this State, as ratified by the people on the 14th, 15th and 16th days of
April, 1868.

Approved March 1, 1870.

---

No. 291.   AN ACT TO INCORPORATE THE COMET LIGHT INFANTRY, AND THE
RANDOLPH RIFLEMEN, BOTH OF THE CITY OF CHARLESTON, AND, ALSO,
THE LINCOLN GUARDS, OF SAINT STEPHENS, AND THE SANTEE NA-
TIONAL GUARDS.

SECTION 1. *Be it enacted* by the Senate and House of Representatives
of the State of South Carolina, now met and sitting in General As-
Corporators. sembly, and by the authority of the same, That Samuel Dickerson, P. L.

Sec. 2. *Be it further enacted,* That this Act take effect from and after its passage, the public welfare requiring it.

Passed December 12, 1871.

JAMES D. RICHARDSON,
*Speaker of the House of Representatives.*
JOHN C. VAUGHN, ·
*Speaker of the Senate.*

Received at Executive Office December 15, 1871, and approved December 15, 1871.

JOHN C. BROWN,
*Governor.*

---

## CHAPTER XC.

AN ACT to preserve the peace and prevent homicide.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That it shall not be lawful for any person to publicly or privately carry a dirk, sword cane, Spanish stiletto, belt or pocket pistol or revolver other than an army pistol, or such as are commonly carried and used in the United States Army, and in no case shall it be lawful for any person to carry such army pistol publicly or privately about his person in any other manner than openly in his hands, and any person guilty of a violation of the provisions of this section, shall be guilty of a misdemeanor, and subject to presentment or indictment, and, on conviction, shall pay a fine of not less than ten, nor more than fifty dollars, and may be imprisoned in the county jail not more than three months: *Provided, however,* the Court may commute the imprisonment altogether, and in lieu thereof, require the person convicted to give bond with approved security in not less than the sum of five hundren dollars, conditioned that he keep the peace for six months after such conviction.

*Not lawful to carry dirk sword cane, stiletto, or pistol.*

*To do so a misd'meanor*

*Proviso.*

SEC. 2. *Be it further enacted,* That it shall be the duty of all peace officers in the State, including Sheriffs, Deputy Sheriffs, Constables, Coroners, and Justices of the Peace, to see that the first section of this Act be strictly enforced, and it is hereby made their duty to report without delay any violation thereof, to the grand juries of their respective counties, and it shall be the duty of the grand juries to send for witnesses in all cases where they have good reason to believe there has been a violation

*Duty of peace offic'rs*

6

# Chapter 52.

An Act to Prevent the Carrying of Fire Arms and Other Deadly Weapons.

*Be it enacted by the Council and House of Representatives of the Territory of Wyoming:*

**Carrying weapons within city, town or village limits, prohibited.** Section. 1. That hereafter it shall be unlawful for any resident of any city, town or village, or for any one not a resident of any city, town or village, in said Territory, but a sojourner therein, to bear upon his person, concealed or openly, any fire arm or other deadly weapon, within the limits of any city, town or village.

**Non-resident to be first notified.** Sec. 2. That if any person not a resident of any town, city or village of Wyoming Territory, shall, after being notified of the existence of this act by a proper peace officer, continue to carry or bear upon his person any fire arm or other deadly weapon, he or she, shall be deemed to be guilty of a violation of the provisions of this act and shall be punished accordingly.

**Violation of this act a misdemeanor.** Sec. 3. Any person violating any of the provisions of this act shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not less than five dollars nor **Penalty.** more than fifty dollars, and, in the default of the payment of any fine which may be assessed against him, shall be imprisoned in the county jail for not less than five days nor more than twenty days.

**In force.** Sec. 4. This act shall take effect and be in force from and after its passage.

Approved, December 2nd, 1875.

## LIII.—CARRYING WEAPONS.

SECTION
1907. Of what kind prohibited; exceptions.
1908. Weapons excepted, how to be carried; unlawful carrying a misdemeanor.
1909. Sale of weapons a misdemeanor; exception.
1910. Unlawful sale or carrying, how punished.

SECTION
1911. Justices failing to proceed against offenders, how punished.
1912. Officer failing to make arrest, how punished.
1913. In what courts offenders to be prosecuted.

SECTION 1907. Any person who shall wear or carry in any manner whatever as a weapon any dirk or bowie knife, or a sword, or a spear in a cane, brass or metal knucks, razor, or any pistol of any kind whatever, except such pistols as are used in the army or navy of the United States (jjj), shall be guilty of a misdemeanor. *Provided,* that officers whose duties require them to make arrests, or to keep and guard prisoners, together with the persons summoned by such officers to aid them in the discharge of such duties, while actually engaged in such duties, are exempted from the provisions of this act. *Provided, further,* that nothing in this act be so construed as to prohibit any person from carrying any weapon when upon a journey or upon his own premises (**).

SEC. 1908. Any person, excepting such officers or persons on a journey and on their premises as are mentioned in section 1907, who shall wear or carry any such pistol as is used in the army or navy of the United States, in any manner except uncovered and in his hand, shall be deemed guilty of a misdemeanor (kkk).

SEC. 1909. Any person who shall sell, barter or exchange, or otherwise dispose of, or in any manner furnish to any person, any dirk or bowie knife, or a sword or a spear in a cane, brass or metal knucks, or any pistol of any kind whatever, except such as are used in the army or navy of the United States, and known as the navy pistol, or any kind of cartridge for any pistol, or any person who shall keep any such arms or cartridges for sale, shall be guilty of a misdemeanor.

SEC. 1910. Any person convicted of a violation of any of the provisions of this act shall be punished by a fine of not less than fifty nor more than two hundred dollars.

SEC. 1911. Any justice of the peace in this state, who, from his own knowledge or from legal information, knows, or has reasonable grounds to believe, any person guilty of a violation of the provisions of this act, and shall fail or refuse to proceed against such person, shall be deemed guilty of a non-feasance in office, and, upon conviction thereof, shall be punished by the same fine and penalty provided in section 1910, and shall be removed from office (*).

SEC. 1912. Any officer in this state whose duty it is to make arrests, who may have personal knowledge of any person carrying arms contrary to the pro-

(jjj) See *Wilson v. State,* 33—557; *Holland v. State, Ib.,* 560.
(**) An indictment need not negative the exceptions. *Walker v. State,* 35—386.
(kkk) SECS. 1907 and 1908 are not unconstitutional. *Haile v. State,* 38—564.
(*) See *State v. Graham,* 38—519.

16                    LAWS OF ARIZONA.

SEC. 3.    This Act shall take effect from and after its passage.

Approved March 18, 1889.

---

No. 12.                    AN ACT

Concerning the Transaction of Judicial Business on Legal Holidays.

*Be it enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION I.  No Court of Justice shall be open, nor shall any Judicial business be transacted on any Legal Holiday, except for the following purposes:

1.    To give, upon their request, instructions to a Jury when deliberating on their verdict.

2.    To receive a verdict or discharge a Jury.

3.    For the exercise of the powers of a magistrate in a criminal action, or in a proceeding of a criminal nature; provided, that the Supreme Court shall always be open for the transaction of business; and provided further, that injunctions, attachments, claim and delivery and writs of prohibition may be issued and served on any day.

SEC. 2.    All Acts and parts of Acts in conflict with this Act are hereby repealed.

SEC. 3.    This Act shall be in force and effect from and after its passage.

Approved March 18, 1889.

---

No. 13.                    AN ACT

Defining and Punishing Certain Offenses Against the Public Peace.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

SECTION I.  If any person within any settlement, town, village or city within this Territory shall carry on or about his person, saddle, or in his saddlebags, any pistol, dirk, dagger, slung shot, sword cane, spear, brass knuckles, bowie knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by a fine of not less than twenty-five nor more than one hundred dollars; and in addition thereto, shall forfeit to the County in which he is convicted, the weapon or weapons so carried.

SEC. 2.    The preceding article shall not apply to a person in actual service as a militiaman, nor as a peace officer

around the head of Panther Creek, to the divide between Hat Creek and
Ellis Creek, thence on the divide between Hat and Ellis Creeks in an
easterly direction to the Salmon River, thence up the main channel of
said Salmon River to the place of beginning.

SEC. 2.   This act to take effect and be in force, from and after its
passage.

Approved February 4, 1889.

## CARRYING DEADLY WEAPONS.

### AN ACT

REGULATING THE USE AND CARRYING OF DEADLY WEAPONS IN IDAHO
TERRITORY.

*Be it enacted by the Legislative Assembly of the Territory of Idaho, as
follows:*

SECTION 1.   That it is unlawful for any person,  except  United
States officials, officials of Idaho Territory, County officials,  Peace offi-
cers, Guards of any jail, and officers or employees of any Express Com-
pany on duty, to carry, exhibit or flourish any  dirk, dirk-knife, sword,
sword-cane, pistol, gun or other deadly  weapons,  within the limits or
confines of any city, town or village or in any public assembly of Idaho
Territory.   Every person so doing is guilty of a misdemeanor and is
punishable by fine  not  less than  fifty dollars nor more than one hun-
dred dollars, or by imprisonment in the county  jail for a period of not
less than twenty days nor more  than fifty days, or by both such fine
and imprisonment.

SEC. 2.   One half of all fines collected under the  provisions of this
act shall be paid to the officer making the arrest, which amount shall be
payment in full for his services.   The other one half shall be  paid into
the Common School Fund of  the county, after deducting the necessary
costs of the prosecution of the case.

SEC. 3.   All acts or parts of acts in conflict with this act are  hereby
repealed.

SEC. 4.   This act shall take effect and be in force  from and  after its
passage.

Approved February 4, 1889.

HeinOnline -- 1888 23 1888

to repeal all acts inconsistent herewith,' and acts supplementary and amendatory thereof, and to repeal all acts and parts of acts inconsistent herewith," be and the same are hereby amended so as to read as follows:

## TITLE III.

Additional powers of council.

SEC. 8.   The common council in addition to the powers and duties specially conferred upon them in this act, shall have the management and control of the finances, rights and interests, and all property, real and personal, belonging to the city, and make such orders and by-laws relating to the same as they shall deem proper and necessary; and they shall have the power within said city to enact, make, continue, establish, modify, amend and repeal such ordinances, by-laws and regulations as they may deem desirable within said city, for the following purposes:

Vice.

First.   To prevent vice and immorality, to preserve peace and good order, to regulate the police of the city, to prevent and quell riots, disturbances and disorderly assemblages;

Disorderly houses.

Second.   To restrain and prevent disorderly and gaming houses, and houses of ill-fame, all instruments and devices used for gaming, and to prohibit all gaming and fraudulent devices, and regulate or restrain billiard tables and bowling alleys;

Liquors.

Third.   To forbid and prevent the vending or other disposition of liquors and intoxicating drinks in violation of the laws of the State, and to forbid the selling or giving to be drunk any intoxicating liquors to any child or young person without

Auctions.

the consent of his or her parents or guardian and to prohibit, restrain and regulate the sale of all goods, wares and personal property at auction, except in cases of sale authorized by law, and to fix the fees to be paid by and to the auctioneers;

Exhibitions.

Fourth.   To prohibit, restrain, license and regulate all sports, exhibitions of all natural or artificial curiosities, caravans of animals, theatrical exhibitions, circuses or other public performances and exhibitions for money;

Nuisances.

Fifth.   To abate or remove nuisances of every kind, and to compel the owner or occupant of any grocery, tallow-chandler shop, butcher's stall, soap factory, tannery, stable, privy, hog pen, sewer or other offensive or unwholesome house or place, to cleanse, remove or abate the same from time to time, as often as they may deem necessary for the health, comfort

Dangerous buildings.

and convenience of the inhabitants of the city.   To compel the owner, lessee or agent to remove buildings that are liable to fall by reason of being burnt, decayed or not properly erected;

Location of slaughter houses.

Sixth.   To direct the location of all slaughter houses, markets and buildings for storing gunpowder or other combustible materials, and to regulate the manner of keeping the same;

Seventh.  To regulate, restrain or prohibit the buying, sell- Firearms, combustibles, etc.
ing, carrying and using of firearms, weapons, gunpowder, fire-
crackers or fireworks, manufactured or prepared therefrom,
or from other combustible material, and the exhibition of
fireworks, and the discharge of firearms, and the lights in
barns, stables and other buildings, and to restrain and pro-
hibit the making of bonfires in streets, yards, alleys and other
public places;

Eighth.  To prevent the encumbering of streets, sidewalks, Encumbering streets.
crosswalks, lanes, alleys, bridges, aqueducts, wharves or slips
in any manner whatever;

Ninth.  to prevent and punish horse racing and immoder- Horse racing.
ate riding or driving in any street, and to authorize the stop-
ping and detaining of any person who shall be guilty of im-
moderate riding or driving in any street; and to prevent any
person from leaving a horse or horses or other animal stand-
ing upon the streets of said city without being securely tied,
held or fastened so as to prevent their escape;

Tenth.  To determine and designate the routes and grades Railroad grades, etc.
of any railroad to be laid in said city, and to regulate the use
of locomotives, engines and cars upon the railroads within the
city; to compel such railroads to erect and maintain safety
gates at street crossings;

Eleventh.  To regulate, restrain or prohibit bathing in any Bathing, etc.
public water, and to provide for (cleansing) cleaning Saginaw
river of driftwood and other obstructions;

Twelfth.  To restrain and punish drunkards, vagrants, Drunkards, vagrants, etc.
mendicants, street beggars and persons soliciting alms or sub-
scriptions for any purpose whatever;

Thirteenth.  To establish one or more pounds, and to re- Pounds.
strain, regulate or prohibit the running at large of horses,
cattle, swine and other animals, geese and poultry, and to
authorize the impounding and sale of the same for the penalty
incurred and the cost of their keeping and impounding;

Fourteenth.  To regulate or prevent the running at large Dogs.
of dogs; to impose taxes upon the owners of dogs and to pun-
ish dog fights and those engaged in aiding and abetting the
same, in the streets and elsewhere in said city.  To provide
for the issuing of licenses to the owners and keepers of dogs,
and to compel the owners and keepers thereof to pay for and
obtain such licenses; to require them to be muzzled and to
authorize the killing of dogs not licensed or running at large
in violation of the ordinances of the city; and to authorize
the killing of dogs impounded, which shall not be redeemed
within the time prescribed by the ordinance regulating the
same;

Fifteenth.  To prohibit any person from bringing and de- Carcasses, etc.
positing within the limits of said city any dead carcass or
other unwholesome or offensive substance, and to require the
removal and destruction thereof, if any person shall have on
his premises such substance or any putrid meats, fish, hides

vocations and trades, professions or callings, which are licensed by the State of Texas or which are taxed by said State; provided, that no tax assessed on such occupation, trade, vocation, profession or calling shall be more than one-half the amount levied thereon by said State, and said commission shall have the power to prescribe penalties against all persons pursuing any occupation, vocation, trade, profession or calling so taxed, without having first paid the tax due, and secured a proper license therefor.

(w) *Riots.*—Power to prevent and suppress riots, affrays, noise, breach of the peace, assaults, disturbances or disorderly assembly in any public or private place within the limits of said city, and to provide punishment therefor; to prohibit and restrain the firing of guns, and pistols in the city limits, and to prohibit and restrain the carrying of pistols.

(x) *Racing.*—To prevent and prohibit and suppress horse racing, immoderate or careless riding or driving in the streets of said city, or in any public place therein, to suppress racing in the streets of said city by means of animals or vehicles.

(y) *Streets.*—To regulate the use of all streets, alleys, parks, squares, sidewalks and public grounds within said city, and to prevent and suppress all encroachments on said streets, sidewalks, alleys or parks or other public places, and to prevent and suppress all obstructions of every kind and character on the said streets, sidewalks, alleys, parks and other public grounds within said city.

(z) *Saloons.*—Power to close drinking saloons, dramshops and other public places where intoxicating liquors are sold or given away, and to close any theater or variety show when necessary or expedient; to make and enforce all needful regulations for saloons, dramshops and other places where intoxicating liquors are sold or given away. The said commission shall have the power to prescribe by ordinance that no intoxicating liquors shall be sold or given away within the corporate limits of the said city, in any certain prescribed district in said corporaton in which there are more residences than business houses, said districts to be accurately defined by said ordinances.

Said commission shall have the power to cancel and forfeit any city license issued by said City of Marshall to the owner or proprietor of any saloon or other place where intoxicating liquors are sold, under such license, within the limits of said city upon conviction of the person owning such license, of any offense against the laws of Texas, or of the City of Marshall pertaining to such liquor business, or to the sale of liquor under such license, and after forfeiture of such license by said commission, no other license for the sale of spirituous, vinous or malt liquors shall be issued or sold by the said city unto such convicted person for the period of two years.

(aa) *Theaters.*—Power to permit, regulate or forbid theaters, balls, variety shows and other public amusements, and to suppress the same whenever the preservation of order, tranquility or public safety may require.

(bb) *Ticket Scalpers.*—To prevent and prohibit the sale by any other person than a duly authorized agent, of any non-transferable ticket, pass,

all the charges and remove the same for the period of twenty-four hours after the service of such notice, the said officer shall proceed to sell the same at public auction, first giving two days notice, by not less than five hand-bills conspicuously posted, of the time and place of said sale, which said notice shall also contain a brief description and the name of the owner or custodian thereof, if known.

SEC. 4.   If the owner or custodian shall not be known to said officer he shall immediately advertise the same for sale for at least three days prior to such sale, by three handbills conspicuously posted in said city, which said notice shall contain a description of the swine to be sold, where the same were taken up, the time and place of said sale.

SEC. 5.   The officer's fees for proceedings under this ordinance shall be as follows, to-wit:   One dollar per head for impounding the necessary expenses for keeping; twenty-five cents for each notice served, and twenty per cent of sales for selling.

SEC. 6.   From the proceeds of the sale of each hog or lot of swine belonging to one individual the officer shall pay the fees and expenses as hereinbefore provided for, and the balance if any there be, shall be paid to the city treasurer and be kept by him as a separate fund and shall only be paid out by warrant duly drawn and made payable to the party justly entitled thereto.

SEC. 7.   This ordinance shall take effect and be in force from and after its passage and approval.

Approved, April 16, A. D. 1872.

--- 

## ORDINANCE No. 7.

An Ordinance prohibiting the carrying of fire arms and concealed weapons.

SECTION 1.   *Be it ordained by the Mayor and Councilmen of the city of Nebraska City,* That it shall be, and it is hereby declared to be unlawful for any person to carry, openly or concealed, any musket, rifle, shot gun, pistol, sabre, sword, bowie knife, dirk, sword cane, billy, slung shot, brass or other metallic knuckles, or any other dangerous or deadly weapons, within the corporate limits of Nebraska City, Neb.; *Provided,* that nothing herein contained shall prevent the carrying of such weapon by a civil or military officer, or by a soldier in the discharge of his duty, nor by any other person for mere purposes of transportation from one place to another.

SECTION 2.   Upon complaint before the Police Judge that an offence in violation of this ordinance has been committed, he shall inquire into the circumstances of the case to determine whether the charge is well founded, and exercise his own discretion as to the dismissal thereof.   If the complaint shall be made good, and the

340                    ORDINANCES.

# CHAPTER 108.

### CARRYING PISTOLS, BOWIE-KNIVES, ETC.

SECTION
1. Penalty imposed for carrying pistols, bowie-knives, etc.
2. Duty of the police to arrest all persons carrying such weapons.
3. Penalty imposed on police officer for failing to arrest persons carrying deadly weapons.

SECTION
4. Police Commissioners instructed to increase number of patrolmen to thirty-four.
5. Provisions against carrying deadly weapons do not extend to police officers.

SECTION 1. That every person found carrying a pistol, bowie-knife, dirk-knife, slung-shot, brass knucks or other deadly weapon, shall be deemed guilty of a misdemeanor, and, upon conviction of such first offense, shall be fined from ten to fifty dollars, at the discretion of the court, but upon conviction of every such subsequent offense, shall be fined fifty dollars; *Provided, however*, That no ordinary pocket-knife and common walking-canes shall be construed to be deadly weapons.

SEC. 2. That it shall be the duty of every police officer who sees any person or persons with, or knows of any person carrying, such deadly weapons, to immediately arrest every such person, that they may be dealt with according to the provisions of this act.

SEC. 3. That every police officer who may refuse or neglect to immediately arrest every such person seen with or known to be carrying such deadly weapons, shall be deemed guilty of dereliction of duty, and, upon conviction thereof, shall be dismissed from service, and any two respectable citizens shall be deemed competent to prefer charges to the proper authorities against such police officer for such dereliction of duty.

SEC. 4. To the end that the provisions of this act may be more fully carried out, the Police Commissioners be, and are hereby, instructed to increase the number of patrolmen to thirty-four, to be uniformed, paid and controlled in accordance with the present police law.

SEC. 5. It is expressly understood that the provisions of this act relating to carrying such deadly weapons as are mentioned in the preceding sections, do not extend to police or other officers, or persons that are entitled by law to carry

such deadly weapons, nor does it extend to the act of handling or moving such deadly weapons in any ordinary business way.

Sec. 6. That all laws and parts of laws in conflict with this act are hereby repealed, and this act to take effect from and after its passage, the public welfare requiring it.

Approved December 26, 1873.

----

## CHAPTER 109.

### SABBATH.

SECTION
1. No water-craft to unload on Sunday.
2. No vehicle to be laden on Sunday.
3. No grocery or other place of ordinary business to be kept open on the Sabbath; tavern-

SECTION
keepers and apothecaries excepted.
4. Vendors of ice, ice-cream, soda water, cigars and tobacco excepted.
5. No games allowed on Sunday.

SECTION 1. That if any owner or owners of any steamboat, keel-boat, barge or other water-craft, should load or unload, or cause to be laden or unladen, any such steamboat, keel-boat, barge or other water-craft, on the Sabbath day, within the limits of the corporation of Nashville, unless by the written permission of the Mayor, every person so offending shall forfeit and pay, on conviction thereof, not less than twenty-five nor more than fifty dollars for every such offense.

Sec. 2. That if any person or persons shall load, or cause to be laden, any wagon, cart or dray on the Sabbath day, with any article or package of merchandise, cotton, tobacco or any produce of the country, or unload, or cause to be unladen, any such wagon, cart or dray, or shall receive into his, her or their house, store or warehouse, any such article or package of merchandise, cotton, tobacco, or produce of the country, every person so offending shall forfeit and pay the sum of one dollar for each and every offense.

Sec. 3. That no person or persons shall be allowed to keep his, her or their grocery, dram-shop, confectionery or other place of ordinary business open on the Sabbath day, nor to sell any spirituous liquors on said day, or to deal out the same

Digitized by Google

the city limits for the purpose of seeing that said ordinance
is not violated.   That before entering, said Marshal or police-
man shall first inform the owner, or person having control
of said back yard, the purpose of such entry, and any such
owner or person having charge or control of the same, who
shall refuse or resist such entry shall thereupon be arrested,
and upon conviction thereof, shall be fined in a sum not more
than twenty-five dollars, nor less than five, or imprisonment
not more than ten days.   Approved Nov. 22, 1869.

34      Every owner or occupant of every store, hotel, bar-room,
or public house of any kind, as also each and every person
occupying a house having two rooms or more facing the
street, shall hang a light outside of the door of his or their
building, the first two and a half hours of every dark night,
under a penalty of two dollars for the first offence and five
dollars for each and every subsequent offence.

35      Every person who shall draw any species of fire-arms, or
any sword or sword-cane, or knife, or dirk, or other deadly
weapon upon the person of another within the limits of this
city, unless in lawful defence of person or property, shall be
fined not to exceed one hundred dollars, and imprisonment
at the discretion of the Mayor, not to exceed ten days.

36      In future, no persons, except peace officers, and persons
actually traveling, and immediately passing through Los
Angeles city, shall wear or carry any dirk, pistol, sword in
a cane, slung-shot, or other dangerous or deadly weapon,
concealed or otherwise, within the corporate limits of said
city, under a penalty of not more than one hundred dollars
fine, and imprisonment at the discretion of the Mayor, not
to exceed ten days.

It is hereby made the duty of each police officer of this
city, when any stranger shall come within said corporate
limits wearing or carrying weapons, to, as soon as possible,
give them information and warning of this ordinance ; and
in case they refuse or decline to obey such warning by depos-
iting their weapons in a place of safety, to complain of them
immediately.

37      No person shall ride any mule, horse or other animals
within the fire limits of this city, at a furious rate, or at a
greater speed than eight miles per hour.   Nor shall any person
drive any wagon, carriage, or other vehicle, at a greater speed
than as above stated.   Nor shall any person leave any horse
or mule, saddled or harnessed, loose in the aforesaid limits.

ORDINANCES OF THE CITY OF SALINA.          99

## ORDINANCE No. 268.

An Ordinance relating to the carrying of deadly weapons.

*Be it ordained by the Mayor and Councilmen of the city of Salina :*

SECTION 1.    That it shall be unlawful for any person to carry on or about his person any pistol, bowie knife, dirk, or other deadly or dangerous weapon, anywhere within the limits of the city of Salina, save and except as hereinafter provided.

SEC. 2.    This ordinance shall not apply to cases when any person carrying any weapon above mentioned is engaged in the pursuit of any lawful business, calling or employment and the circumstances in which such person is placed at the time aforesaid, are such as to justify a prudent man in carrying such weapon, for the defense of his person, property or family, nor to cases where any person shall carry such weapon openly in his hands, for the purpose of sale, barter, or for repairing the same, or for use in any lawful occupation requiring the use of the same.

SEC. 3.    Any person violating any of the provisions of this ordinance shall, upon conviction thereof before the police court, be fined in any sum not less that twenty-five nor more than one hundred dollars.

SEC. 4.    This ordinance shall take effect and be in force from and after its publication in pamphlet form.

Approved June 24th, 1879

WM. BERG, Mayor.

Attest:   E. E BOWEN, City Clerk.

I hereby certify the above and foregoing to be a true copy of an ordinance passed by the mayor and councilmen of the city of Salina on the 24th day of June, 1879. See page 97 of the Journal B for the record of the final vote on its passage.

[CITY SEAL.]                    E. E. BOWEN, City Clerk.

three months, or to both such fine and imprison-
ment.

§ 5. Any person who shall immoderately ride or Immoder-
ate driving
drive any horse or other animal whether attached and riding.
to a private or public ambulance or  other vehicle
in any avenue, street, alley or lane in the city, shall
be subject to a fine of  not less than five nor  more
than fifty dollars, or to imprisonment in  the peni- Penalty.
tentiary of the county for  not less  than ten  nor
more than thirty days.

§ 6. Any person who shall   solicit  alms  in the Soliciting
alms.
city for any purpose whatever, without permission
from the mayor, shall be  subject  to a fine of two
dollars or to imprisonment in  the penitentiary of Penalty.
the county for ten days for each offense.

§ 7. Any person who shall carry about his or her Carrying
of deadly
person any  dirk,  bowie knife, sword or spear cane, weapons.
pistol, revolver, slung shot, jimmy, brass knuckles,
or other deadly or unlawful weapon, or  shall use
any deadly or unlawful weapon, with intent to do
bodily harm to any person, shall  be  subject to a
fine of not less than twenty-five nor more than one Penalty.
hundred  dollars,  or  to  imprisonment in the peni-
tentiary of the county for not less than thirty days
nor longer than three months, or to both such fine
and imprisonment.

§ 8. Any person who shall  ring any gong or bell Ringing of
gongs and
or cry any auction in any street, lane [or  alley, or bells.
upon  any sidewalk, or upon  any  piazza, step or

80 ORDINANCES.

## UNLAWFUL CARRYING OF ARMS.

An Ordinance Prohibiting and Punishing the Unlawful Carrying of Arms.

Section 1.   Be it ordained by the City Council of the City of Dallas, that if any person in the City of Dallas shall carry on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slungshot, sword-cane, spear, or knuckles made of any metal or hard substance, bowie knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by fine of not less than twenty-five nor more than two hundred dollars and shall be confined in the city prison not less than twenty nor more than sixty days.

Sec. 2.   That the preceding section shall not apply to a person in actual service as a militiaman, nor to a peace officer, or policeman or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack upon legal process.

Sec. 3.   That all Ordinances or parts of Ordinances in conflict with this Ordinance be and the same are hereby repealed.

Sec. 4.   That this Ordinance take effect from and after its passage.

Approved July 18, 1887.

## ORDINANCE NO. 11.

An ordinance relating to the public peace.

Be it ordained by the town council of the incorporated town of Checotah:

Section 1. That it shall be a misdemeanor to do or cause to be done any of the following acts, and any person convicted thereof shall be fined not more than Twenty Five dollars.

Section 2. To be connected with or participate in any masked ball not authorized by the mayor of the town.

Section 3. To wear or carry any pistol of any kind whatever, or any dirk, butcher knife or bowie knife, or a sword, or a spear in a cane, brass or metal knuckles or a razor, slung shot, sand bag, or a knife with a blade over three inches long, with a spring handle, as a weapon.

Section 4. To be drunk or in a state of intoxication in any public or private place within the town limits.

Section 5. To use rude, boisterous, offensive, obscene or blasphemous language in any public place, or to make, aid, countenance, or assist in making any improper noise, disturbance, breach of the peace or diversion, or conduct one's self in a disorderly manner in any public place, or in any other place within the town limits.

Section 6. To keep a disorderly house or place of public resort in the open air, or by making or causing to be made therein, loud or improper noises, or by collecting therein or permit the collection therein, or allow to remain therein, drunken, disorderly and noisy persons to the annoyance of others and the disturbance of the neighborhood, or to give admission, or cause to be given admission therein, to women of known ill repute or prostitutes, or fail to remove or expel such persons after being notified of their character.

Section 7. To employ any device, noise or performance tending to the collection of persons on the streets or other places to the obstruction of the same, or to exhibit any tricks or legerdemain or other devices of like kind, or perform with bells, or-

City for any such purpose, shall forfeit and pay a penalty of not less than ten, nor more than fifty dollars for every such offense.

SEC. 192.   Every person who shall carry in said City, any steel or brass knuckles, pistol, or any slung shot, stiletto or weapon of similar character, or shall carry any weapon concealed on his person without permission of the Mayor or Superintendent of Police in writing, shall, on conviction, pay a penalty of not less than five, nor more than fifty dollars for every such offense.

## JURORS OF THE CITY COURT.

Section.
193. Penalty for neglecting to serve as juror when summoned.

*Be it ordained by the Court of Common Council of the City of New Haven:*

SEC. 193.   If any person chosen, drawn and summoned to serve on a jury at any session of the City Court of said City, in accordance with the provisions of the Charter of said City, shall make default of appearance, according to the direction of the summons, which shall have been duly served upon him, and returned to Court, he shall forfeit and pay a penalty of five dollars, unless on cause shown, said City Court shall excuse him therefrom.

## LAMPS.

Section.
194. Court of Common Council may order lamps to be set up.

Section.
195. Unauthorized interference with lamps prohibited, etc.; penalty.

*Be it ordained by the Court of Common Council of the City of New Haven:*

SEC. 194.   The Court of Common Council is hereby authorized to cause to be set up such lamps in the streets and public places in said City, for the purpose of




CITY OF RAWLINS. 131

more than one hundred dollars for each and every offense.

SEC. 4.   If any person shall expose for sale in any market, house, shop or elsewhere in this city, any emaciated, tainted or putrid meat or provision, which from these or other causes may be deemed unwholesome, every such person, on conviction, shall forfeit and pay a penalty of five dollars for each offense.

SEC. 5.   No person shall steam, or boil, or in any way render any offal, tainted or damaged lard or tallow, or steam, boil or render any animal substance in such a manner as to occasion any offensive smell, or which by steaming, boiling or otherwise rendering will so taint the air so as to render it unwholesome to the smell within the limits of the city.   Any person who shall violate the provisions of this section, shall, on conviction, be fined in a sum not less than ten dollars nor more than one hundred dollars.

## ARTICLE VII.

### CARRYING FIRE ARMS AND LETHAL WEAPONS.

SECTION 1.   It shall be unlawful for any person in said city to keep or bear upon the person any pistol, revolver, knife, slungshot, bludgeon or other lethal weapon, except the officers of the United States, of the State of Wyoming, of Carbon County and of the City of Rawlins.

SEC. 2.   Any person convicted of a violation of the preceding section shall be fined not exceeding one hundred dollars, or imprisoned in the city jail not exceeding thirty days.

SEC. 3.   Persons not residing in said city shall







132          REVISED ORDINANCES OF THE

be notified of this Ordinance by the police or any citizen, and after thirty minutes from the time of notification, shall be held liable to the penalties of this article, in case of its violation.

SEC. 4.   The city marshal and policemen of the city shall arrest, without warrant, all persons found violating the provisions of this article, and are hereby authorized to take any such weapon from the person of the offender and to imprison the offender for trial, as in case of violations of other Ordinances of said city.

SEC. 5.   This ordinance shall be in force and take effect from and after its passage.

Revised, passed and adopted March 3, 1893.

CHAS. E. BLYDENBURGH,
President of Board.

Approved,
JOHN C. DAVIS,
Mayor.






SECTION.

80. Selling Wearing Apparel by Club Drawing.
81. Stealing Parts of a House.
82. Moving Houses with Unpaid Tax.
83. Time for Hauling Slops Along Street.
84. Dead Animals, Disposition of.
85. Traction and Threshing Engine on Paved Streets.
86. Manure not to be Thrown in Streets or Alleys; Limits; Provisions to Make Pen for.
87. Privy Vaults to be Cleaned and not to be Transferred.
88. Stables and Water Closets to be on Line of Alley.
89. Secondhand and Junk Dealers; Buying from Minors; Description book; Night Purchases.
90. Leaving Holes for Stagnant Water.
91. Advertisement on Street Poles.
92. Bicycle Riding Regulated; Sidewalks, Speed, Dismounting, by Threes, Alarm Bell.
93. Obstructing Streets or Walks; How Used by Merchants and Builders; Gutters not to be Obstructed; Debris to be Cleared.
94. Red Night Lights on Building Material on Street.

SECTION.

95. Hitching to Fire Hydrant or Pole with Alarm Box.
96. Ball Playing in Streets.
97. Running Water into Streets.
98. Throwing Rubbish into the Street.
99. Projections Over the Sidewalks.
100. Stringing Banners Across Streets.
101. Crowds Upon Sidewalks, Streets and Crossings.
102. Obstructing Crossings with Engines or Cars.
103. Digging and Leaving Holes in the Street.
104. Breaking Horses Upon Streets.
105. Leaving Horse, Mule or Ox on Street After Midnight.
106. Auction Sales not on Certain Streets.
107. Height of Telegraph, Telephone and Light-Wires, (20 ft.)
108. Building Lines Located by Engineer; Cellar-way Excavation; Power of Mayor and Council to Permit or Remove; Nuisance Declared and Abated; Penalty; Proviso for Parking Fence.
109. Injuring Shade or Ornamental Trees.
110. Public Vehicles; Limits Prohibited.
111. Take Effect.

## ORDINANCE NO. 1641.

AN ORDINANCE relating to certain public offenses and fixing the penalty therefor.

*Be it ordained by the Mayor and Councilmen of the City of Wichita:*

### Drawing Deadly Weapons Upon Another.   SECTION 1.   That any person, not an officer of the law in the execution of his duty, who shall in the city of Wichita, draw a pistol, revolver, knife or any other deadly weapon upon another person shall upon conviction, be fined not less than twenty-five dollars nor more than one hundred dollars.

### Carrying Unconcealed Deadly Weapons.   SEC. 2.   Any person who shall in the city of Wichita carry unconcealed, any fire-arms, slungshot, sheath or dirk knife, or any other weapon, which when used is likely to produce

46                    BOOK OF ORDINANCES

death or great bodily harm, shall upon conviction, be fined
not less than one dollar nor more than twenty-five dollars.

**Using or Carrying Bean Snapper.**  SEC. 3.  Any
person who shall, in the city of Wichita, use or carry con-
cealed or unconcealed, any bean snapper or like articles
shall upon conviction be fined in any sum not less than
one dollar nor more than twenty-five dollars.

**Carrying Concealed Deadly Weapons.**  SEC. 4.
Any person who shall in the city of Wichita, carry con-
cealed about his person any fire-arm, slungshot, sheath or
dirk knife, brass knuckles, or any weapon, which when
used is likely to produce death or great bodily harm, shall
upon conviction, be fined in any sum not exceeding one
hundred dollars.

**Disturbing the Peace.**  SEC. 5.  Any person who
shall in the city of Wichita, disturb the peace of the city,
or any lawful assembly of persons, or of any neighborhood,
family, person, or persons, shall upon conviction, be fined
in any sum not exceeding one hundred dollars.

**Cursing and Using Violent Language.**  SEC. 6.
Any person who shall in the city of Wichita, curse, swear,
quarrel or use violent or threatening language, or make
any great noise, so as to disturb the peace of any person
or neighborhood shall, upon conviction be fined in any
sum not exceeding twenty-five dollars.

**Assault and Battery.**  SEC. 7.  Any person who
shall, in the city of Wichita, assault and beat or wound
another, shall be deemed guilty of an assault and battery
and shall, upon conviction, be fined in any sum not ex-
ceeding one hundred dollars, or imprisonment in the city
jail not exceeding three months.

**Provoking Another to Breach of Peace.**  SEC.
8.  Any person who shall, in the city of Wichita, by signs,
words or gestures, provoke or attempt to provoke another
to commit assault and battery or other breach of the
peace, shall, upon conviction, be fined in any sum not
less than three dollars, nor more than twenty-five dollars.

**Aiding Resistance or Escape from Officer.**  SEC
9.  Any person who shall, in the city of Wichita, in any

# ORDINANCE NO. 20.

### UNLAWFULLY CARRYING ARMS.

Be it ordained by the city council of the city of McKinney:

Sec 1. If any person in the limits of the city of McKinney shall carry on or about his person. saddle, or in his saddle bags, any  pistol, dirk,  dagger,  slung-shot,  sword-cane, spear or nuckles made of any metal or of any hard substance Bowie knife or any other knife manufactured or sold for the purposes of offense or defense, he shall be punished by fine not less than twenty-five nor more than two hundred dollars.

Sec. 2.  The preceding section shall not apply to a person in actual service as a militiaman, nor to a peace officer or a policeman or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so iminent and threatening as not to admit of the arrest of the party about to make such attack, upon legal process.

# ORDINANCE NO. 21.

### INDECENT PUBLICATION AND EXPOSURES.

Be it ordained by the city council of the city of McKinney:

That if any person within the limits of the city of McKinney, shall make, publish or print any indecent and obscene print, picture or written composition manifestly designed to corrupt the morals of the youth, or shall designedly make any obscene and indecent exhibition of his own or the person of another in public, he shall be fined not exceeding one hundred dollars.

some conspicuous place about his person, and said badge shall authorize the person holding the same to pursue such occupation only during good behavior, and at the pleasure of the mayor.

**Sec. 2.** The city marshal, on said person complying with Section 1 of this ordinance, shall designate a place or beat, on the public sidewalk or street, where the said person may pursue and follow his said occupation,

*City marshal to designate place or stand.*

**Sec 3.** The badge provided for in Section 1 of this ordinance shall not be transferable.

*Badge not transferable.*

**Sec. 4.** All persons permitted to pursue the occupation hereinbefore provided for shall be under the immediate supervision and control of the city marshal and police, and it shall be unlawful for any person to pursue and follow said occupation without first complying with Sections 1 and 2 of this ordinance; and it shall be unlawful to pursue said occupation at any other place or beat than that indicated by the city marshal.

*Boot blacks under supervision of city marshal.*

**Sec. 5.** Any person violating any of the provisions of this ordinance shall be fined in any sum not exceeding five dollars ($5.00) for each offense.

*Penalty affixed.*

## CHAPTER TEN.

### CONCEALED WEAPONS.

**Section 1.** If any person, within the corporate limits of the city of San Antonio, shall carry on or about his or her person, saddle, or in his saddle bags, any pistol, dirk, dagger, sling shot, sword cane, spear, or knuckles made of any metal

*Carrying concealed weapons.*

*Penalty.*

184        REVISED CRIMINAV ORDINANCES.

or any hard substance, bowie knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he or she shall be punished by a fine of not less than twenty-five dollars ($25.00) nor more than two hundred dollars ($200.00).

What persons ex-
empted.

**Sec. 2.**   The preceding section shall not apply to a person in actual service as a soldier of the United States army or as a militia man, nor to a peace officer or policeman engaged in the discharge of official duty, or person summoned to his aid, or other person authorized or permitted by law to carry arms at the places therein designated, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has a reasonable ground for fearing an unlawful attack upon his person, where the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack, upon legal process.

## CHAPTER ELEVEN.

### DISORDERLY HOUSES.

Disorderly house de-
fined.

**Section 1.**   A disorderly house is one kept for prostitution, or where prostitutes are permitted to resort or reside, for the purpose of plying their vocation, or any theatre, play house or house where spirituous, vinous, or malt liquors are kept for sale, and prostitutes, lewd women, or women of bad reputation for chastity, are employed, kept in service, permitted to display or conduct themselves in a lewd, lascivious, or indecent manner, or to which persons resort for the purpose of smoking or in any manner using opium.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2016, I electronically filed the foregoing Appendix of

Historical Laws of *Amicus Curiae* Everytown for Gun Safety with the Clerk of the Court of  the

United States District Court for the District of Columbia by using the Appellate CM/ECF

system. All participants are registered CM/ECF users, and will be served by the Appellate

CM/ECF system.

*/s/ Deepak Gupta*
Deepak Gupta