# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civ. Action No. 15-2234 (RJL) |

## ORDER

Upon consideration of the Plaintiffs' Application for a Preliminary and/or Permanent Injunction, the Memoranda of Points and Authorities in Support and the Defendants' Opposition, the entire record, and it appearing that the relief should be denied, it is:

ORDERED, that Plaintiffs' Application for a Preliminary and/or Permanent Injunction is DENIED.

SO ORDERED.

DATE: _____ _____
RICHARD J. LEON
United States District Court Judge