UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA*, et al.,*<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

## UNOPPOSED MOTION TO RESCHEDULE HEARING

Defendants the District of Columbia and Cathy Lanier (District) respectfully request that the hearing on plaintiffs' Application for a Preliminary and/or Permanent Injunction (PI Application) be rescheduled to begin 90 minutes earlier, if possible. The bases for the District's request are Fed. R. Civ. P. 6(b)(1)(A) and 7(b), and LCvR 7(m).

By Minute Scheduling Order dated January 20, 2016, the Court set a hearing on plaintiffs' PI Application for 2:30 p.m. on Tuesday, February 2, 2016. After consultation, the District has determined to allocate 10 minutes of its oral-argument time to amicus Everytown for Gun Safety, which will provide the Court with important historical context. Counsel for Everytown is willing to so participate, but has a speaking engagement the evening of February 2 in New York City that will make his participation difficult—perhaps impossible—if the hearing begins later than 1:30 p.m.

Rescheduling the hearing for 1:00 p.m. that same day (February 2, 2016) will allow the Court to hear fully from both sides, and will allow counsel for Everytown to avoid his conflict.

Alternatively, counsel for the parties and *amici* are available on Monday morning, February 8, 2016, if that date is convenient for the Court. No other existing deadline will be affected by rescheduling the hearing as proposed above, and no party will suffer prejudice, as plaintiffs do not oppose this request. A Memorandum of Points and Authorities summarizing the grounds for the request and a proposed order accompany this Motion.

Pursuant to LCvR 7(m), the parties conferred on the motion, and plaintiffs' counsel advised that they do not oppose the relief requested.

DATED: January 26, 2016.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J.SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email:andy.saindon@dc.gov

/s/ Chad A. Naso
CHAD A. NASO (#1001694)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-7854
Facsimile: (202) 741-8951
chad.naso@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA*, et al.*,<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF UNOPPOSED MOTION TO RESCHEDULE HEARING

In support of the Consent Motion to Reschedule Hearing, Defendants the District of Columbia and Cathy Lanier rely upon the following:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. LCvR 7(m), and Plaintiffs' lack of opposition to the relief sought; and

3. The inherent equitable powers of the Court.

DATED: January 26, 2016.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J.SAINDON (#456987)

Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email:andy.saindon@dc.gov

/s/ Chad A. Naso
CHAD A. NASO (#1001694)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-7854
Facsimile: (202) 741-8951
chad.naso@dc.gov