UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA*, et al.,*<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

## ORDER

Upon consideration of Defendants' Unopposed Motion to Reschedule Hearing, Plaintiffs' lack of opposition, and the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the Hearing on Plaintiffs' Application for a Preliminary and/or Permanent Injunction is RESCHEDULED to 1 p.m. on Tuesday, February 2, 2015, in Courtroom 18.

**SO ORDERED**.


Dated: _____                    _____
                                          RICHARD J. LEON
                                          United States District Court Judge