# EXHIBIT 1

No. 15-cv-2234-RJL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and | ) |
| PINK PISTOLS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 15-2234 (RJL) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA and | ) |
| CATHY LANIER, in her official capacity as | ) |
| Chief of Police for the Metropolitan Police | ) |
| Department, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER DENYING THE BRADY CENTER TO PREVENT GUN VIOLENCE LEAVE TO FILE AN AMICUS BRIEF SUPPORTING DEFENDANTS

Before the Court is the Brady Center to Prevent Gun Violence's Motion for leave to file a brief amicus curiae supporting Defendants. Due to the late nature of the Brady Center's Motion, which deprived Plaintiffs of an opportunity to respond to the proposed amicus brief in their Reply, the Brady Center's motion is **DENIED**.

**SO ORDERED**.

Dated: _____        _____

**Hon. Richard J. Leon**
United States District Court Judge

1