# EXHIBIT 3

No. 15-cv-2234-RJL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and <br> PINK PISTOLS, <br><br>     Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA and <br> CATHY LANIER, in her official capacity as <br> Chief of Police for the Metropolitan Police <br> Department, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 15-2234 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SHORT RESPONSE BRIEF

Before the Court is Plaintiffs' Motion for leave to file a short brief responding to the brief amicus curiae filed by the Brady Center to Prevent Gun Violence. Upon good cause shown, Plaintiffs' motion is **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' Memorandum in Response to the Brady Center to Prevent Gun Violence's amicus curiae brief is deemed filed in the above-captioned case.

Dated: _____     _____

                                                         **Hon. Richard J. Leon**
                                                       United States District Court Judge