UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

### ORDER

Upon consideration of Plaintiffs' Motion for Leave to file a Short Response Brief, the Defendants' Opposition, and the entire record, it is:

**ORDERED** that the Motion is **DENIED**, and it is further

**ORDERED** that Plaintiffs' Memorandum in Response to the Brady Center to Prevent Gun Violence's Amicus Curiae Brief [Doc. No. 27-2] is NOT accepted for filing and will not be considered by the Court.

**SO ORDERED**.


Dated: _____                    _____
                                          RICHARD J. LEON
                                          United States District Court Judge