IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and )<br>PINK PISTOLS, )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA and )<br>CATHY LANIER, in her official capacity as )<br>Chief of Police for the Metropolitan Police )<br>Department, )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | Civil Action No. 15-2234 (RJL) |

**MOTION TO CONSOLDIATE THE PRELIMINARY INJUNCTION
PROCEEDINGS WITH THE DETERMINATION ON THE MERITS**

　　NOW COME the Plaintiffs, MATTHEW GRACE and PINK PISTOLS, by and through their attorneys, and respectfully move this Court, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, to consolidate the proceedings on Plaintiffs' motion for a preliminary injunction with the determination of the merits of this case. Plaintiffs first requested such consolidation in their Application for a Preliminary and/or Permanent Injunction, and they hereby renew and reiterate that request pursuant to the Court's instructions.

　　Pursuant to LCvR7(m), Plaintiffs state that they have conferred with Defendants regarding this motion and that Defendants have represented that they intend to oppose it.

　　WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Plaintiffs request that the Court consolidate the preliminary injunction proceedings with the determination on the merits and issue final judgment without any further briefing, discovery, or proceedings.

Dated:  February 16, 2016          Respectfully submitted,

                                                     s/ Charles J. Cooper
                                                     Charles J. Cooper (Bar No. 248070)
                                                     David H. Thompson (Bar No. 450503)
                                                     Peter A. Patterson (Bar No. 998668)
                                                     COOPER & KIRK, PLLC
                                                     1523 New Hampshire Avenue, N.W.
                                                     Washington, D.C. 20036
                                                     (202) 220-9600
                                                     (202) 220-9601 (fax)
                                                     ccooper@cooperkirk.com

                                                     *Attorneys for Plaintiffs*