# EXHIBIT 2

No. 15–2234

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and </br> PINK PISTOLS, </br> </br> Plaintiffs, </br> </br> v. </br> </br> DISTRICT OF COLUMBIA and </br> CATHY LANIER, in her official capacity as </br> Chief of Police for the Metropolitan Police </br> Department, </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 15-2234 (RJL) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLDIATE THE PRELIMINARY INJUNCTION PROCEEDINGS WITH THE DETERMINATION ON THE MERITS

Before the Court is Plaintiffs' motion to consolidate the proceedings that have taken place on their Application for a Preliminary and/or Permanent Injunction with the determination on the merits of their claims. Plaintiffs' motion is **GRANTED**. The Court finds that there are no disputed issues of adjudicative fact and that no further proceedings are necessary for the Court to finally resolve this matter.

It is therefore **ORDERED** that the proceedings on Plaintiffs' motion for a preliminary injunction are consolidated with the determination on the merits in this matter. The Court will issue an opinion and final judgment in due course.

_____
United States District Court Judge

Dated: _____