# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and PINK PISTOLS, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 15-2234 (RJL) |
| v. | ) ) |
| DISTRICT OF COLUMBIA and CATHY LANIER, in her official capacity as Chief of Police for the Metropolitan Police Department, | ) ) ) ) ) |
| Defendants. | ) |

## [DEFENDANTS' PROPOSED] SCHEDULING ORDER

| | |
|---|---|
| Factual discovery opens | Mar. 25, 2016 |
| Deadline to exchange expert reports | July 22, 2016 |
| Rebuttal expert reports due | 30 days following disclosure of Fed. R. Civ. P. 26(a)(2) expert report |
| Period to depose expert witnesses opens | August 26, 2016 |
| All discovery closes | September 23, 2016 |
| Deadline to file Motion(s) for Summary Judgment | November 4, 2016 |
| Opposition(s) due | December 2, 2016 |
| Replies due | December 23, 2016 |

SO ORDERED, this _____ day of _____, 2016

_____
RICHARD J. LEON
United State District Court Judge