# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and<br>PINK PISTOLS,<br><br>        Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA and<br>CATHY LANIER, in her official capacity as<br>Chief of Police for the Metropolitan Police<br>Department,<br><br>        Defendants. | Civil Action No. 15-2234 (RJL) |

## [PLAINTIFFS' PROPOSED] SCHEDULING ORDER

The Court agrees with Plaintiffs that no further proceedings are necessary for the Court to finally resolve this matter. It is therefore **ORDERED** that no discovery or additional summary judgment proceedings shall take place at this time. The Court will issue an opinion and final judgment in due course.

SO ORDERED, this _____ day of _____, 2016

 

_____
RICHARD J. LEON
United State District Court Judge