# Defendants' Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.,*<br><br>          Plaintiffs,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>          Defendants. | Civ. Action No. 15-2234 (RJL) |

## DECLARATION OF TWANA V. SMALLS

Pursuant to 28 U.S.C. § 1746, I, TWANA V. SMALLS, do declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information, including information provided to me by other District employees in the course of my official duties.

2. I am a Paralegal Specialist, in the District of Columbia Office of Attorney General (OAG), Public Interest Division, a position I have held since November of 2009. My initial position here with the Office of the Attorney General's Office was the Child Support Legal division as a paralegal. My position changed to the Equity Public Interest Division that I have held since November of 2011. My duties include management of caseloads, performing case investigation, analyses and legal research for special projects, drafting legal documents, correspondence and memoranda and conducting off-site research of file materials and documents.   My

education background includes a Bachelor's of Science degree in Criminal Justice with a minor in Psychology from the University of Maryland Eastern Shore and a Masters' Degree in Psychology Counseling from Walden University.

3.   At the direction of counsel, I went with other OAG staff to the Metropolitan Police Department (MPD) and conducted a search of applications for concealed-carry firearms licenses. As of the end of January, MPD had received 324 applications, of which 61 were approved and 214 denied.

4.   There are two general "categories" of concealed-carry firearms licenses, those persons who want to carry a firearm due to a "good reason to fear injury to his or her person by showing a special need for self-protection distinguishable from the general community[,]" 24 DCMR § 2333.1, and those persons who have "any other proper reason" to carry a firearm, including "[e]mployment of a type that requires the handling of large amounts of cash or other highly valuable objects that must be transported upon the applicant's person[.]" *Id.*, § 2334.1(a).

5.   OAG staff and I copied the application files for all of the "approved" applicants and most of the "denied" applicants, many hundreds of pages. I then reviewed the files to determine the types of information sufficient to qualify an applicant for a "good reason" license or a "proper reason" license. I provide here some specific examples of the types of information necessary to qualify for a concealed-carry license. For privacy and security reasons, I describe these cases in general terms, without reference to an applicant's name or business.

<u>**Approved Business Owners**</u>

6.  A license was granted to an applicant who is the owner of a jewelry store and often transports large amounts of cash and valuables. He wished to carry a firearm in order to protect himself from the potential risk of robbery.

7.  A license was also granted to the owner of another business, who must transport large sums of cash to the bank on a daily basis. He also wished to carry a firearm in order to protect himself from the potential risk of robbery.

8.  Another license was given to an applicant who is the owner/operator of a welding business. His job requires him to transport large sums of cash as well as high value equipment through public and exposed places. He wishes to carry a firearm in order to protect himself from the potential risk of robbery.

9.  Another applicant who was successful in obtaining a license is the owner of a security company. The applicant is required to transport firearms as well as large sums of cash and checks to be deposited. He wishes to carry a firearm in order to protect himself from the potential risk of robbery.

10. A license was obtained by the co-owner of a funeral home because he is required to transfer large sums of cash and checks to the bank. He wishes to carry a firearm in order to protect himself from the potential risk of robbery.

## "Good Reason" Licensees

11. A successful applicant has worked in a correctional facility and was threatened by gang members, one of which said he would, "have someone follow him to his house and murder him." He wished to carry a firearm in order to protect himself from the potential risk of injury or attack. The applicant did not provide

reports of this incident; however several incident reports from the institution are included in the case jacket.

12. Another individual was granted a license because he demonstrated that he was attacked by a man who believed the applicant was becoming "too familiar" with his mother. The attacker was arrested for simple assault and subsequently incarcerated. He has recently been released and the applicant fears he will be attacked again. He wishes to carry a firearm in order to protect himself from the potential risk of injury or attack. A police report for simple assault and threats to do bodily harm reflecting this incident is attached in the case jacket.

13. An applicant was granted a license because he received an email which threatened his family and his own life. The applicant works at a political think tank, and he writes commentaries. One of his commentaries offended a man who sent him a threatening email. The applicant wishes to carry a firearm in order to protect himself from the potential risk of injury or attack. The applicant filed a police report with the Metropolitan Police Department.

14. Another individual who is a supervisor for a District government agency was granted a license because he received a threat from a subordinate after the applicant gave him an order. The subordinate said, "I am going to get my gun and shoot you." He said this several times and was arrested for misdemeanor threats. The applicant wishes to carry a firearm in order to protect himself from the potential risk of injury or attack. A copy of the police forms are attached in the case

jacket. The subordinate was placed on "enforced leave" by the agency pending the outcome of the criminal and internal investigation.

15. Another applicant was given a license after an individual trespassed on his property multiple times. The applicant confronted the man who was trespassing and after an argument the man said, "Fuck you, I'll kill you." The applicant had recently seen the individual on his property again. He wishes to carry a firearm in order to protect himself from the potential risk of injury or attack. After their verbal confrontation the trespasser was placed under arrest for making "felony threats." After this incident the applicant requested and was granted a civil protection order.

16. An applicant was granted a license after a man entered the store which he owned and began to harass customers and steal small items. After the applicant told the man to leave, the man walked up the stairs of the store to the applicant's living space. He proceeded to tell the applicant's wife, "You better pray you keep living." He wishes to carry a firearm in order to protect himself from the potential risk of injury or attack. A police report was filed by the Metropolitan Police for "Threats to do bodily harm."

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on _February 22, 16_         _Twana V. Smalls_
                                    TWANA V. SMALLS