UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

### ORDER

Upon consideration of Plaintiffs' Motion to Consolidate the Preliminary Injunction Proceedings with the Determination on the Merits, the Defendants' Opposition, and the entire record, it is:

**ORDERED** that the Motion is **DENIED**.

**SO ORDERED**.


Dated: _____            _____
                                  RICHARD J. LEON
                                  United States District Court Judge