UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendants note that, earlier today, Judge Kollar-Kotelly, in *Wrenn v. District of Columbia*, No. 15-00162 (CKK), issued a Memorandum Opinion and Order denying plaintiffs' Motion for Preliminary Injunction [Doc. No. 54]. A copy of that decision is attached.

DATE: March 7, 2016.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643

1

Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Chad A. Naso
CHAD A. NASO (#1001694)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-7854
Facsimile: (202) 741-8951
Email: chad.naso@dc.gov

/s/ Holly M. Johnson
HOLLY M. JOHNSON (#476331)
Assistant Attorney General
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW,
Suite 600S
Washington, D.C. 20001
(202) 442-9890
holly.johnson@dc.gov

*Counsel for the District of Columbia*