UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and PINK PISTOLS,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>DISTRICT OF COLUMBIA and CATHY  )<br>LANIER, in her official capacity as  )<br>Chief of Police for the Metropolitan Police  )<br>Department,  )<br>)<br>Defendants.  ) | Civil Case No. 15-2234 (RJL)<br><br>**FILED**<br>MAY 1 7 2016<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

**ORDER**

(May 17, 2016) [Dkts. ##6, 37]

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that plaintiffs' Motion for Preliminary Injunction [Dkt. #6] is **GRANTED**, and it is further

**ORDERED** that defendants and their officers, agents, and employees are preliminarily enjoined from denying concealed carry licenses to applicants who meet all eligibility requirements other than the requirement that the applicant demonstrate a "good reason to fear injury to his or her person or property" or "any other proper reason for carrying a pistol," as established and further defined in D.C. Code §§ 22-4506(a) and 7-2509.11 and D.C. Mun. Regs. tit. 24, §§ 2332.1, 2333.1, 2333.2, 2333.3, 2333.4, and 2334.1, and it is further

**ORDERED** that defendants shall modify and reissue, forthwith, all District of Columbia concealed carry license application materials to be consistent with this Order and the accompanying Memorandum Opinion, and it is further

**ORDERED** that plaintiffs' Motion for a Permanent Injunction [Dkt. #6] is **DENIED WITHOUT PREJUDICE**, and it is further

**ORDERED** that plaintiff's Motion to Consolidate the Preliminary Injunction Proceedings with the Determination on the Merits [Dkt. #37] is **DENIED**.

**SO ORDERED.**

*[signature]*
RICHARD J. LEON
United States District Judge