UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVY BROWN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    *Defendant.* | Civil Action No. 10-2250 (ESH) (AK) |

NOTICE OF WITHDRAWAL

The Clerk shall please note the withdrawal of Assistant Attorney General Chad A. Naso as counsel for defendant the District of Columbia in the above-captioned matter.

DATE: May 19, 2016.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON, Bar No. 453765
Chief, Equity Section

/s/ Chad A. Naso
CHAD A. NASO, Bar No. 1001694
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-7854
(202) 741-8951 fax
chad.naso@dc.gov

/s/ Amanda J. Montee
AMANDA J. MONTEE, Bar No. 1018326
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5691
(202) 741-8934 (fax)
amanda.montee@dc.gov

*Attorneys for the District of Columbia*