UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

## ORDER

Upon consideration of the Defendants' Motion to Stay Pending Appeal and for an Immediate Administrative Stay, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, the entire record, and it appearing that the relief should be granted, it is:

ORDERED, that the Defendants' Motion to Stay Pending Appeal and for an Immediate Administrative Stay is GRANTED, and it is

FURTHER ORDERED, that the Court's Memorandum Opinion and Order of May 17, 2016 [Doc. No. 45, 46] are STAYED until further Order of the Court.

SO ORDERED.

Dated: _____          _____
                                RICHARD J. LEON
                                United States District Court Judge