UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civ. Action No. 15-2234 (RJL) |

## NOTICE OF WITHDRAWAL

The Clerk shall please note the withdrawal of Assistant Attorney General Chad A. Naso as counsel for the defendants in the above-captioned matter.

DATE: May 20, 2016.        Respectfully submitted,

                                                  KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON, Bar No. 453765
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON, Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Chad A. Naso
CHAD A. NASO, Bar No. 1001694
Assistant Attorney General

1

        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        Telephone: (202) 724-7854
        Facsimile: (202) 741-8951
        chad.naso@dc.gov

*Counsel for Defendants*