**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MATTHEW GRACE and | ) | |
| PINK PISTOLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 15-2234 (RJL) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA and | ) | |
| CATHY LANIER, in her official capacity as | ) | |
| Chief of Police for the Metropolitan Police | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR ENTRY OF A SCHEDULING ORDER**

Plaintiffs motion for entry of a scheduling order is **GRANTED**. It is therefore **ORDERED**

that the following deadlines shall govern proceedings in this case:

a) December 23, 2016 – Expert disclosures and reports.

b) January 20, 2017 – Rebuttal expert disclosures and reports.

c) February 17, 2017 – Discovery closes.

d) March 10, 2017 – Defendants' motion for summary judgment.

e) March 31, 2017 – Plaintiffs' response and cross-motion for summary judgment.

f) April 21, 2017 – Defendants' reply and response to Plaintiffs' motion.

g) May 5, 2017 – Plaintiffs' reply.

_____
**Hon. Richard J. Leon**
United States District Court Judge

Dated: _____

1