UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civ. Action No. 15-2234 (RJL) |

## PRAECIPE

Defendants respectfully note that, by Minute Order dated January 17, 2017, the Court in *Wrenn v. District of Columbia*, Civil Action No. 15-00162 (CKK), directed "that all proceedings in this matter shall be STAYED until the D.C. Circuit issues its mandate."

DATE: January 25, 2017.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
MATTHEW R. BLECHER (#1012957)
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S

>Washington, D.C. 20001
>Phone: (202) 724-6643
>Fax: (202) 730-1470
>Email: andy.saindon@dc.gov
>
>*Counsel for the Defendants*

- 2 -