UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and PINK PISTOLS,    ) <br>                            ) <br>       Plaintiffs,            ) <br>                            ) <br>     v.                    ) <br>                            ) <br> DISTRICT OF COLUMBIA and CATHY    ) <br> LANIER, in her official capacity as     ) <br> Chief of Police for the Metropolitan Police  ) <br> Department,                ) <br>                            ) <br>       Defendants.         ) | Civil Case No. 15-2234 (RJL) <br><br><br> **FILED** <br> OCT 17 2017 <br><br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

ORDER
(October 17, 2017)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendants and their officers, agents, and employees are permanently enjoined from denying concealed carry licenses to applicants who meet all eligibility requirements other than the requirement that the applicant demonstrate a "good reason to fear injury to his or her person or property" or "any other proper reason for carrying a pistol," as established and further defined in D.C. Code §§ 22-4506(a)–(b) and 7-2509.11(1)(A)–(B) and D.C. Mun. Regs. tit. 24, §§ 2332.1(g), 2333.1, 2333.2, 2333.3, 2333.4, and 2334.1, and it is further

**ORDERED** that defendants shall modify and reissue, forthwith, all District of Columbia concealed carry license application materials to be consistent with this Order

and the Opinion issued by the United States Court of Appeals for the District of Columbia Circuit. *See Wrenn v. District of Columbia*, 864 F.3d 650 (D.C. Cir. 2017).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge