## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GRACE and <br> PINK PISTOLS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA and <br> PETER NEWSHAM, in his official capacity <br> as Chief of Police for the Metropolitan Police <br> Department, <br><br> Defendants. | Civil Action No. 15-2234 (RJL) |

### STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS

The parties hereby jointly notify the Court that they have reached a final settlement of Plaintiffs' claim for attorneys' fees and costs. The parties therefore stipulate to the dismissal of Plaintiffs' claim for attorneys' fees and costs.

Dated: January 26, 2018                                         Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE <br> Attorney General for the <br>   District of Columbia <br><br> CHAD COPELAND <br> Acting Deputy Attorney General <br> Public Interest Division <br><br> s/ Toni Michelle Jackson <br> TONI MICHELLE JACKSON <br>   (Bar No. 453765) <br> Chief, Equity Section | s/ Charles J. Cooper <br> Charles J. Cooper (Bar No. 248070) <br> David H. Thompson (Bar No. 450503) <br> Peter A. Patterson (Bar No. 998668) <br> COOPER & KIRK, PLLC <br> 1523 New Hampshire Avenue, N.W. <br> Washington, D.C. 20036 <br> (202) 220-9600 <br><br> *Counsel for Plaintiffs* |

s/ Andrew J. Saindon
ANDREW J. SAINDON
  (Bar No. 456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., 6th Fl. South
Washington, D.C. 20001
Telephone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendants*